Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Decorative Plumbing Distributors, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-1736228 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **41841 Albrae St.** **Fremont, CA 94538** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Alameda** County | **Location of principal assets, if different from principal place of business** **See attachment** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.decorativeplumbingsupply.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

  **4237**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1,
attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 25-40140    Doc# 1    Filed: 01/28/25    Entered: 01/28/25 16:44:19    Page 3 of 87

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **1/28/2025**
               MM / DD / YYYY

**X** **/s/ Anne Butler**                                    **Anne Butler**
Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Chris Kuhner**                           Date   **1/28/2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Chris Kuhner 173291**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone   **510-763-1000**      Email address _____

**173291 CA**
Bar number and State

Case: 25-40140    Doc# 1    Filed: 01/28/25    Entered: 01/28/25 16:44:19    Page 4 of 87

# FORM 1. VOLUNTARY PETITION
### Attachment A

**Location of principal assets:**

**6954 Preston Ave.**

**Livermore, CA 94553**


**7311 Anaconda Ave.**

**Garden Grove, CA 92841**

Debtor name **Decorative Plumbing Distributors, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/28/2025__     X /s/ Anne Butler
                             _____
                             Signature of individual signing on behalf of debtor

                             **Anne Butler**
                             _____
                             Printed name

                             **Chief Executive Officer**
                             _____
                             Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Decorative Plumbing Distributors, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ATMOS PROJECT LLC DBA MR STEAM 9410 S. LA CIENEGA BLVD. INGLEWOOD, CA 90301** | | **Trade Debt** | | | | **$49,360.34** |
| **Backd August Business Finance, LLC 4853 Williams Ste 111 Office G Georgetown, TX 78633** | | **Future Receivables/Loan** | | **$423,500.00** | **$0.00** | **$423,500.00** |
| **Backd August Business Finance, LLC 4853 Williams Ste 111 Office G Georgetown, TX 78633** | | **Future Receivables/Loan** | | **$302,500.00** | **$0.00** | **$302,500.00** |
| **Bank of America Gateway Village 900 Bldg NC1-026-06-06 900 W Trade Street Charlotte, NC 28255** | | **Business loan secured by all personal property** | | **$4,000,000.00** | **$0.00** | **$4,000,000.00** |
| **BRIZO DEPT. 78702 P.O. BOX 78000 DETROIT, MI 48278** | | **Trade Debt** | | | | **$63,445.29** |
| **CHICAGO FAUCET CO. 1100 BOONE DRIVE MICHIGAN CITY, IN 46360** | | **Trade Debt** | | | | **$36,091.10** |

Case: 25-40140    Doc# 1    Filed: 01/28/25    Entered: 01/28/25 16:44:19    Page 7 of 87

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Drip Capital, Inc. 1885 El Camino Real Palo Alto, CA 94306 | | All personal property | | $755,000.00 | $0.00 | $755,000.00 |
| DURAVIT CUST ID # 5201004 2635 NORTH BERKELEY LAKE RD STE 100 DULUTH, GA 30096 | | Trade Debt | | | | $34,890.04 |
| EPICOR 100 BEARD SAWMILL ROAD SUITE 210 SHELTON, CT 06484 | | Trade Debt | | | | $34,640.98 |
| HANSGROHE CUST NO# 1702 1490 BLUEGRASS LAKES PKWY ALPHARETTA, GA 30004 | | Trade Debt | | | | $360,246.67 |
| Leaf Capital Funding, LLC 1720 A Crete Street Moberly, MO 65270 | | Receivable loan | | $300,000.00 | $0.00 | $300,000.00 |
| ROBERN 701 N. WILSON AVENUE BRISTOL, PA 19007 | | Trade Debt | | | | $35,049.69 |
| Samson MCA LLC 1545 Route 202, Suite 201 Pomona, NY 10970 | | Receivable loan | | $257,000.00 | $0.00 | $257,000.00 |
| Samson MCA LLC 1545 Route 202, Suite 201 Pomona, NY 10970 | | Receivable loan | | $697,000.00 | $0.00 | $697,000.00 |
| THE CHICAGO FAUCET CO. DEPT. CH 16930 PALATINE, IL 60055-6930 | | Trade Debt | | | | $36,091.10 |
| TOTO 1155 SOUTHERN ROAD MORROW, GA 30260 | | Trade Debt | | | | $1,495,011.26 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Small Business Administration Office of Processing and Disbursement 14925 Kingsport Rd Fort Worth, TX 76155** | | **All tangible and intangible property** | | **$500,000.00** | **$0.00** | **$500,000.00** |
| **WebBank c/o Marlin Leasing Corp. dba PEAC Soluti 300 Fellowship Rd. Mount Laurel, NJ 08054** | | | | **$150,000.00** | **$0.00** | **$150,000.00** |
| **William & Ann Butler 730 MORA DRIVE LOS ALTOS, CA 94024** | | **note** | | | | **$1,336,000.00** |
| **William Bulter 730 Mora Ave. Los Altos, CA 94024** | | **Unreimbursed expenses for credit card, webhosting** | | | | **$100,000.00** |

Fill in this information to identify the case:

Debtor name **Decorative Plumbing Distributors, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

### Part 1:  Summary of Assets

---

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................... $ _____ **6,227,662.26**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................... $ _____ **6,227,662.26**

---

### Part 2:  Summary of Liabilities

---

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ **7,433,225.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ _____ **4,091,036.83**

4.  **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

   $ **11,524,261.83**

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 10 of 87

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $300.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **First Republic Bank (Chase)** | **Checking** | 4308 | $211.62 |
| 3.2.    **Bank of America** | **Checking** | 9367 | $480,211.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                   | $480,722.62 |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **Security deposits: 41841 Albrae LLC $15,000; 7311 Anadonca Ave. lease $19,432.25; 6954 Preston Ave. $59,054.39;  4433 West Van Buren - $10,484; 71 Pine Street -**
   7.1.    **$11,650.00**                                                                 | $115,620.64 |

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 11 of 87

Debtor **Decorative Plumbing Distributors, LLC**          Case number *(If known)* _____
          Name

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                    | $115,620.64 |

        Add lines 7 through 8. Copy the total to line 81.

<table>
<tr><td>Part 3:</td><td>Accounts receivable</td></tr>
</table>

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:      **2,093,724.00**    -           **0.00**  = ....        **$2,093,724.00**
                                       face amount           doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                    | $2,093,724.00 |

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

<table>
<tr><td>Part 4:</td><td>Investments</td></tr>
</table>

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 5:</td><td>Inventory, excluding agriculture assets</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale Inventory** Cost basis is $3,150,000, market value based on 20% margin on cost | | **$3,150,000.00** | | **$3,150,185.00** |

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                                    | $3,150,185.00 |

        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 12 of 87

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> Misc. office furniture | $0.00 | | $6,800.00 |
| 40. | **Office fixtures** <br> Office fixtures | $0.00 | | $3,500.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> Misc. office equipment | $0.00 | | $9,900.00 |
| | See Attachment | $0.00 | | $64,450.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $84,650.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

Case: 25-40140    Doc# 1    Filed: 01/28/25    Entered: 01/28/25 16:44:19    Page 13 of 87

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.   **2019 Honda CR-V LX<br>2HKRW6H31KH228936<br>Located in Woburn MA** | **$0.00** | | **$17,091.00** |
| 47.2.   **2024 Mercedes Benz Sprinter M2CA4S<br>W1Y4KBHY8RT185195<br>Located in Woburn MA** | **$0.00** | | **$40,259.00** |
| 47.3.   **See attachment for additional vehicles** | **$0.00** | | **$209,410.00** |
| 47.4.   **Forklifts, pickers and racking** | **$0.00** | | **$35,000.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**    **Total of Part 8.**                                  | **$301,760.00** |

Add lines 47 through 50.  Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   **See Schedule G for<br>real property leases** | | **$0.00** | | **$0.00** |

Case: 25-40140    Doc# 1    Filed: 01/28/25    Entered: 01/28/25 16:44:19    Page 14 of 87

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** www.decorativeplumbing.com | $0.00 | | $1,000.00 |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** Customer list | $0.00 | | $0.00 |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

| 66. | **Total of Part 10.** | | $1,000.00 |
|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Case: 25-40140    Doc# 1    Filed: 01/28/25    Entered: 01/28/25 16:44:19    Page 15 of 87

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
         Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
         Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

       **General liability through Middlesex Insurance Company** | **$0.00**

       **Business property insurance through MIddlesex Insurance Co.** | **$0.00**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
       **Claim against PIRCH Inc. debtor in bankruptcy pending in the S.Dist. of Cal, case number 24-10376 POC claim 797-2 filed on 8/28/2024.  Face amount of POC is $695,916.47.  Fair market value unknown** | **Unknown**

78.    **Total of Part 11.**
         Add lines 71 through 77. Copy the total to line 90. | **$0.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor **Decorative Plumbing Distributors, LLC**                    Case number *(If known)* _____

Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $480,722.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $115,620.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,093,724.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,150,185.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $84,650.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $301,760.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,227,662.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,227,662.26 |

Copy of Warehouse Equipment 1-17-2025

| Warehouse | Item | Details |
|-----------|------|---------|
| Livermore | Racking | Salvage value, when dismantled |
| Livermore | Raymond Order Picker | EASi-OPC3OTT, SN EASi-04-AK355515 |
| Livermore | Raymond Order Picker | EASi-OPC3OTT, SN EASi-94-AE10367 |
| Livermore | Forklift | Yale GLC040VXNVSE085 SN A910V15654H |
| Garden Grove | Racking | Salvage value, when dismantled |
| Garden Grove | Raymond Order Picker | EASi-OPC3OTT2, SN EASi-97-AE18139 |
| Garden Grove | Toyota Forklift | 8FGGCU25, SN 27049 |
| Woburn | Racking | Salvage value, when dismantled |
| Woburn | Forklift | |
| Woburn | Forklift | |
| Arizona | Forklift | MAY BE SOLD |
| Arizona | Racking | MAY BE SOLD |
| Arizona | Raymond Order Picker | MAY BE SOLD |
| | | |
| | | |
| | | |
| | | |
| | | |

| Market Value | Loan |
|---:|---|
| $3,500.00 | None |
| $13,950.00 | None |
| $13,950.00 | None |
| $5,950.00 | None |
| $2,400.00 | None |
| $13,950.00 | None |
| $9,500.00 | None |
| $750.00 | None |
| | None |
| | None |
| | None |
| $500.00 | None |
| | None |
| | |
| | |
| | |
| | |
| | |

| Year | Make | Model | VIN | Garaging City | Garaging State | Value |
|------|------|-------|-----|---------------|----------------|-------|
| 2013 | Freightliner | M2 | 1FVACWDT6DHFA8843 | Fremont | CA | $ 29,995.00 |
| 2017 | HONDA | HR-V | 3CZRU5H75HM726062 | Fremont | CA | $  8,603.00 |
| 2012 | ISUZU | NPR HD | JALC4W169C7002184 | Fremont | CA | $ 22,995.00 |
| 2018 | FREIGHTLINER | M2 | 3ALACWFC6JDJV8906 | Garden Grove | CA | $ 42,995.00 |
| 2018 | HONDA | HR-V | 3CZRU6H75JM709404 | Fremont | CA | $  9,727.00 |
| 2018 | HONDA | HR-V | 3CZRU6H73JM731336 | Fremont | CA | $  9,760.00 |
| 2015 | ISUZU | NPR HD | JALC4W168F7003587 | Garden Grove | CA | $ 20,995.00 |
| 2016 | CHEVROLET | SUBURBAN | 1GNSKHKC5GR172725 | Park City | UT | $ 15,923.00 |
| 2017 | ISUZU | NPR | JALE5J167H7901612 | Fremont | CA | $ 15,995.00 |
| 2020 | MERCEDES-BENZ | SPRINTER 2500 | W1W40BHYXLT033506 | Fremont | CA | $ 20,842.00 |
| 2013 | Mercedes-Benz | Sprinter 2500 | WD3PE7CC7D5759892 | Garden Grove | CA | $ 11,580.00 |
| 2024 | Freightliner | M2 106 | 3ALACWFC7RDUW8638 | Livermore | CA | Lease |
| 2022 | Chevrolet | LCF 4500HD | JALCDW160N7013531 | Phoenix | AZ | Lease |

☐ Check if this is an
    amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Backd** | | | |
|---|---|---|---|---|

**Creditor's Name**

**August Business Finance, LLC**

**4853 Williams Ste 111 Office G**

**Georgetown, TX 78633**

Creditor's mailing address

| Describe debtor's property that is subject to a lien | | |
|---|---|---|
| **Future Receivables/Loan** | $423,500.00 | $0.00 |

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**7/18/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.2 | **Backd** | | | |
|---|---|---|---|---|

**Creditor's Name**

**August Business Finance, LLC**

**4853 Williams Ste 111 Office G**

**Georgetown, TX 78633**

Creditor's mailing address

| Describe debtor's property that is subject to a lien | | |
|---|---|---|
| **Future Receivables/Loan** | $302,500.00 | $0.00 |

**Describe the lien**

**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**10/30/2024**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **Bank of America** | **Describe debtor's property that is subject to a lien** | **$4,000,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Gateway Village 900 Bldg
NC1-026-06-06
900 W Trade Street
Charlotte, NC 28255**

**Business loan secured by all personal property**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/1/2024**

**Last 4 digits of account number**
**2682**

| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.4 | **Drip Capital, Inc.** | **Describe debtor's property that is subject to a lien** | **$755,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1885 El Camino Real
Palo Alto, CA 94306**

**All personal property**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/23/2024**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

---

| 2.5 | **Leaf Capital Funding, LLC** | **Describe debtor's property that is subject to a lien** | **$300,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1720 A Crete Street
Moberly, MO 65270**

**Receivable loan**

Creditor's mailing address _____

**Describe the lien**
**UCC Financing Statement**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/29/2024**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Mercedes-Benz Financial Services** | **Describe debtor's property that is subject to a lien** | $48,225.00 | $40,259.00 |

Creditor's Name

**2024 Mercedes Benz Sprinter M2CA4S W1Y4KBHY8RT185195 Located in Woburn MA**

**PO Box 685**
**Roanoke, TX 76262**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Samson MCA LLC** | **Describe debtor's property that is subject to a lien** | $257,000.00 | $0.00 |

Creditor's Name

**Receivable loan**

**1545 Route 202, Suite 201**
**Pomona, NY 10970**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/26/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **Samson MCA LLC** | Describe debtor's property that is subject to a lien | $697,000.00 | $0.00 |

Creditor's Name

**1545 Route 202, Suite 201**
**Pomona, NY 10970**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/1/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Receivable loan**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $500,000.00 | $0.00 |

Creditor's Name

**Office of Processing and Disbursement**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/20/22 & 2/22/2021**
**Last 4 digits of account number**
**8104**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All tangible and intangible property**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **WebBank** | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |

Creditor's Name

**c/o Marlin Leasing Corp.**
**dba PEAC Soluti**
**300 Fellowship Rd.**
**Mount Laurel, NJ 08054**

Creditor's mailing address

**Describe the lien**

---

## UCC Financing Statement

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**10/18/2024**

**Last 4 digits of account number**

**8937**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,433,225.00 |

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Berkovitch & Bouskila PLLC<br>1545 U.S. 202, Suite101<br>Pomona, NY 10970 | Line 2.7 | |
| Berkovitch & Bouskila PLLC<br>1545 U.S. 202, Suite101<br>Pomona, NY 10970 | Line 2.8 | |
| Drip Capital Inc.<br>555 Bryant St. #356<br>Palo Alto, CA 94301 | Line 2.4 | |
| Hemar, Rousso & Heald, LLP<br>Attn: Jennifer Crastz<br>15910 Ventura Blvd. 12th Fl.<br>Encino, CA 91436 | Line 2.3 | |
| ICB&A<br>Attn:<br>13680 NW Street, Suite 130<br>Fort Lauderdale, FL 33325 | Line 2.7 | |
| ICB&A<br>Attn:<br>13680 NW Street, Suite 130<br>Fort Lauderdale, FL 33325 | Line 2.8 | |
| Leaf Capital Funding LLC<br>2005 Market Street 14th Fl.<br>Philadelphia, PA 19103 | Line 2.5 | |
| Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209 | Line 2.3 | |

---

Debtor name **Decorative Plumbing Distributors, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**41841 ALBRAE, LLC**
**41841 ALBRAE STREET**
**FREMONT, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,250.00**

**3.2** Nonpriority creditor's name and mailing address

**ACCO ENGINEERED SYSTEMS**
**DEPT 1091910**
**PO BOX 847360**
**LOS ANGELES, CA 90084**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,538.00**

**3.3** Nonpriority creditor's name and mailing address

**ACO Polymer Products, Inc.**
**825 W. BEECHCRAFT ST.**
**CASA GRANDE, AZ 85122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$555.35**

**3.4** Nonpriority creditor's name and mailing address

**ALNO, INC.**
**13984 BALBOA BLVD**
**SYLMAR, CA 91342-1085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,579.37**

Case: 25-40140    Doc# 1    Filed: 01/28/25    Entered: 01/28/25 16:44:19    Page 26 of 87
27103

| Debtor | **Decorative Plumbing Distributors, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5** | Nonpriority creditor's name and mailing address

**AMBER BLOOM**
**1401 O ST.**
**FOLSOM, CA 95763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$60.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**AS AMERICA INC**
**PO BOX 200401**
**PITTSBURGH, PA 15251-5134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$22,245.44**

---

**3.7** | Nonpriority creditor's name and mailing address

**ATMOS PROJECT LLC DBA MR STEAM**
**9410 S. LA CIENEGA BLVD.**
**INGLEWOOD, CA 90301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$49,360.34**

---

**3.8** | Nonpriority creditor's name and mailing address

**BAY ALARM COMPANY**
**ACCT# 1642822 - 2258222 (fire)**
**5130 COMMERCIAL CIRCLE**
**CONCORD, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,747.85**

---

**3.9** | Nonpriority creditor's name and mailing address

**BELWITH KEELER**
**3100 Broadway Avenue SW**
**GRANDVILLE, MI 49418**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$236.89**

---

**3.10** | Nonpriority creditor's name and mailing address

**BLANCO AMERICA**
**PO BOX 536047**
**PITTSBURGH, PA 15253-5902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$19,809.74**

---

**3.11** | Nonpriority creditor's name and mailing address

**BOCCHI**
**6590 SHILOH RD EAST**
**SUITE D**
**ALPHARETTA, GA 30005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$672.07**

---

---

**3.12** | **Nonpriority creditor's name and mailing address**
**BRASSTECH**
**ACCT.# DEC011**
**2001 CARNEGIE AVE.**
**SANTA ANA, CA 92705-5531**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,955.17**

---

**3.13** | **Nonpriority creditor's name and mailing address**
**BRIZO**
**DEPT. 78702**
**P.O. BOX 78000**
**DETROIT, MI 48278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$63,445.29**

---

**3.14** | **Nonpriority creditor's name and mailing address**
**BRUCE'S TIRE**
**2420 PRUNE AVE**
**FREMONT, CA 94539-6732**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.15** | **Nonpriority creditor's name and mailing address**
**CARLOS DENIZ**
**5369 CARNEGIE LOOP**
**LIVERMORE, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18.58**

---

**3.16** | **Nonpriority creditor's name and mailing address**
**CHEVIOT PRODUCTS**
**819 Seaborne Ave #1120**
**PORT COQUITLAM V3B 0N9**
**BC CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$541.21**

---

**3.17** | **Nonpriority creditor's name and mailing address**
**CHICAGO FAUCET CO.**
**1100 BOONE DRIVE**
**MICHIGAN CITY, IN 46360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$36,091.10**

---

**3.18** | **Nonpriority creditor's name and mailing address**
**COMMERCE TECHNOLOGIES, LLC**
**25736 NETWORK PLACE**
**CHICAGO, IL 60673-1257**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,167.18 |
|---|---|---|---|

**DAWN KITCHEN & BATH PRODUCTS INC.**
**ACCT# DPD4690**
**27688 INDUSTRIAL BLVD**
**HAYWARD, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,132.77 |
|---|---|---|---|

**DELTA FOCUS**
**DEPT 78702**
**PO BOX 78000**
**DETROIT, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $793.00 |
|---|---|---|---|

**DMV RENEWAL**
**P. O. BOX 942897**
**SACRAMENTO, CA 94294-0895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,309.25 |
|---|---|---|---|

**DORNBRACHT AG & CO**
**PO BOX 1041**
**ACCT# 199308 & 199303**
**NEW YORK, NY 10268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,890.04 |
|---|---|---|---|

**DURAVIT**
**CUST ID # 5201004**
**2635 NORTH BERKELEY LAKE RD STE 100**
**DULUTH, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,240.56 |
|---|---|---|---|

**EDOS MANUFACTURES' REP**
**8-B WEST STATE STREET**
**GRANBY, MA 01033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,640.98 |
|---|---|---|---|

**EPICOR**
**100 BEARD SAWMILL ROAD**
**SUITE 210**
**SHELTON, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 29 of 87

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.49 |
|---|---|---|---|

**ESTES EXPRESS LINES**
1634 S. 7TH STREET
ACCT# 0261013
SAN JOSE, CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,458.36 |
|---|---|---|---|

**EWS (ENVIRONMENTAL WATER SYSTEMS)**
5542 S FORT APACHE RD #110
LAS VEGAS, NV 89148-7691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $336.53 |
|---|---|---|---|

**FGI INDUSTRIES, INC**
LOCKBOX #347734
PO BOX 347734
PITTSBURGH, PA 15250-4734

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,916.24 |
|---|---|---|---|

**FLEURCO-US, INC.**
9132 Norwalk Blvd
SANTA FE SPRINGS, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,323.93 |
|---|---|---|---|

**FRANKE CONSUMER PRODUCTS**
600 FRANKE DR
RUSTON, LA 71270-7440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**GB AUTO SERVICE, INC**
P.O. BOX 208942
DALLAS, TX 75320-8942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,383.06 |
|---|---|---|---|

**GENERIC REFUND**

FREMONT, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$526.40** |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**3.33**
Nonpriority creditor's name and mailing address
**GOLDEN STATE MATERIAL HANDLING**
**PO BOX 3013**
**UNION CITY, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$526.40**

---

**3.34**
Nonpriority creditor's name and mailing address
**HANSGROHE**
**CUST NO# 1702**
**1490 BLUEGRASS LAKES PKWY**
**ALPHARETTA, GA 30004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$360,246.67**

---

**3.35**
Nonpriority creditor's name and mailing address
**HENRY C. LEVY, TAX COLLECTOR**
**ALAMEDA COUNTY**
**1221 OAK STREET**
**OAKLAND, CA 94612-4286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,625.47**

---

**3.36**
Nonpriority creditor's name and mailing address
**HYDRO SYSTEMS, INC.**
**29132 AVENUE PAINE**
**VALENCIA, CA 91355**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,821.11**

---

**3.37**
Nonpriority creditor's name and mailing address
**ICERA**
**531 MAIN ST.**
**UNIT 860**
**EL SEGUNDO, CA 90245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,034.89**

---

**3.38**
Nonpriority creditor's name and mailing address
**IN2AQUA**
**PO BOX 103362**
**PASADENA, CA 91189**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$515.13**

---

**3.39**
Nonpriority creditor's name and mailing address
**INFINITY DRAIN**
**145 DIXON AVE**
**AMITYVILLE, NY 11701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,705.00 |
| --- | --- | --- | --- |

**INNOVO**
2675 Northpark Drive
Suite 201
LAFAYETTE, CO 80026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.19 |
| --- | --- | --- | --- |

**INSTOCK TODAY CABINETS**
9208 ENTERPRISE CT
MANASSAS, VA 20111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,018.21 |
| --- | --- | --- | --- |

**J RGER ARMATUREN UND ACCESSOIRES**
Seckenheimer Landstrasse 270-280
68163 MANNHEIM
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,879.55 |
| --- | --- | --- | --- |

**JEMBY ELECTRICAL**
4468 TECHNOLOGY DRIVE
FREMONT, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
| --- | --- | --- | --- |

**JOEANNA DOMINGUEZ**
497 CROSSLEES DR
SAN JOSE, CA 95111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,340.75 |
| --- | --- | --- | --- |

**JULIEN**
955 LACHANCE STREET
QUEBEC CITY G1P 2H3
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
| --- | --- | --- | --- |

**KRISTINA ITAMERI-KINTER**
458 MOULTON LANE
STOWE, VT 05672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 32 of 87

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,760.52** |
|---|---|---|---|

**LAUFEN Bathrooms**
**7610 NE 4TH COURT SUITE 104**
**MIAMI, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,816.87** |
|---|---|---|---|

**LEE JENNINGS TARGET EXPRESS INC.**
**1465 E. FRANKLIN AVE.**
**POMONA, CA 91766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,245.44** |
|---|---|---|---|

**LIXIL WATER TECHNOLOGY - GROHE**
**1750 CENTRAL AVE**
**ROSELLE, IL 60172-1682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,464.62** |
|---|---|---|---|

**MARMITE SP Z O.O.**
**ul. Przemslowa 4, Zakrzewo**
**DOPIEWO 62-070**
**POLAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,469.15** |
|---|---|---|---|

**MERCEDES-BENZ FINANCIAL SERVICES**
**#5001697057001**
**PO BOX 5209**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,407.12** |
|---|---|---|---|

**MOUNTAIN PLUMBING PRODUCTS**
**PO BOX 671659**
**DALLAS, TX 75267-1659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,774.48** |
|---|---|---|---|

**NATIVE TRAILS**
**34 ZACA LANE**
**SAN LUIS OBISPO, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**NEW ENGLAND IT RESOURCES**
**1 BOXWOOD CIRCLE**
**MILFORD, NH 03055**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$660.00** |
|---|---|---|---|

**NORDOPS, INC**
**36 BRAMBLE PATH**
**MARSTONS MILLS, MA 02648**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104.64** |
|---|---|---|---|

**OAKVILLE STAMPING & BENDING LTD.**
**2200 SPEERS RD, UNIT C**
**OAKVILLE ON L6L 2XB**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
|---|---|---|---|

**PACIFIC COAST PROPANE LLC**
**PO BOX 353**
**ONTARIO, CA 91762**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,121.79** |
|---|---|---|---|

**PANASONIC**
**2055 SANYO AVE**
**SAN DIEGO, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,250.00** |
|---|---|---|---|

**PAY.GOV**

**TREASURY, DC 20220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44.69** |
|---|---|---|---|

**PHILIP LEE**
**2612 GELLERT CT**
**SO.SAN FRANCISCO, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,288.00 |
|------|--------|--------|--------|

**PHYLRICH**
**1261 LOGAN AVE**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,028.30 |
|------|--------|--------|--------|

**R+L CARRIERS**
**600 GILLIAM ROAD**
**WILMINGTON, OH 45177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.44 |
|------|--------|--------|--------|

**RAYMOND HANDLING SOLUTIONS**
**9939 NORWALK BLVD.**
**SANTA FE SPRINGS, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.25 |
|------|--------|--------|--------|

**REPUBLIC SERVICES #916**
**ALAMEDA COUNTY**
**P.O. BOX 78829**
**PHOENIX, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $442.50 |
|------|--------|--------|--------|

**RESTREPO CLEANING CORP**
**205 FERRY STREET #304**
**EVERETT, MA 02149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,049.69 |
|------|--------|--------|--------|

**ROBERN**
**701 N. WILSON AVENUE**
**BRISTOL, PA 19007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,760.52 |
|------|--------|--------|--------|

**ROCA BATHROOM PRODUCTS INC**
**11190 NW 25TH ST STE 110**
**DORAL, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,341.01 |
|---|---|---|---|

**ROHL LLC**
**CUST.# 7476**
**P.O. BOX 746939**
**ATLANTA, GA 30374-6939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720.00 |
|---|---|---|---|

**ROSS EXPRESS**
**PO BOX 8909**
**PENACOOK, NH 03303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,493.51 |
|---|---|---|---|

**RYDER TRANSPORTATION SERVICE**
**LOCKBOX FILE 56347**
**LOS ANGELES, CA 90074-6347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,112.36 |
|---|---|---|---|

**SAUNA360 INC.**
**575 E. Cokato Street**
**COKATO, MN 55321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,105.01 |
|---|---|---|---|

**SENTRY INSURANCE**
**PO  BOX 8048**
**STEVENS POINT, WI 54481-8048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $898.70 |
|---|---|---|---|

**SMART JANITORIAL**
**645 N Eckhoff St. Suite J**
**ORANGE, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,158.00 |
|---|---|---|---|

**SPS COMMERCE INC.**
**PO BOX 205782**
**DALLAS, TX 75320-5782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,054.55 |
|------|---|---|---|

**SWAN CORPORATION - ONTARIO**
**1555 DUPONT AVE. SUITE E**
**ONTARIO, CA 91761-1403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|------|---|---|---|

**SYS IT SERVICES**
**303 TWIN DOLPHIN DR SUITE 600**
**REDWOOD CITY, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,853.57 |
|------|---|---|---|

**TAYLOR INDUSTRIES/TERE-STONE**
**PO BOX 1060**
**PARKER FORD, PA 19457**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,091.10 |
|------|---|---|---|

**THE CHICAGO FAUCET CO.**
**DEPT. CH 16930**
**PALATINE, IL 60055-6930**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,311.28 |
|------|---|---|---|

**THE CIERI GROUP LLC**
**329 WASHINGTON STREET**
**WOBURN, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.36 |
|------|---|---|---|

**THE ENGINEERED STONE GROUP**
**670 NORTH PRICE RD**
**SUGAR HILL, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,258.79 |
|------|---|---|---|

**THE SWAN CORPORATION**
**515 OLIVE STREET - SUITE 900**
**SAINT LOUIS, MO 63101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,313.34 |
|---|---|---|---|

**THE SWAN CORPORATION**
**PO BOX 207079**
**DALLAS, TX 75320-7079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**THERESA DELACERDA**
**295 S. 23RD STREET**
**SAN JOSE, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,495,011.26 |
|---|---|---|---|

**TOTO**
**1155 SOUTHERN ROAD**
**MORROW, GA 30260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $754.74 |
|---|---|---|---|

**TRUMBULL INDUSTRIES INC.**
**PO BOX 6244**
**HERMITAGE, PA 16148-0922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.98 |
|---|---|---|---|

**U-HAUL**
**PO BOX 52128**
**ACCT#744599212559**
**PHOENIX, AZ 85072-2128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,258.38 |
|---|---|---|---|

**UKINOX USA KITCHEN SYSTEMS, INC.**
**5352 NW 35th AVE**
**FORT LAUDERDALE, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $982.25 |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 38 of 87

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,178.90 |

**3.89**

**Nonpriority creditor's name and mailing address**
**UNISHIPPERS**
**700 N VALLEY STREET**
**SUITE B**
**ANAHEIM, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$9,178.90**

---

**3.90**

**Nonpriority creditor's name and mailing address**
**US BANK EQUIPMENT FINANCE**
**P.O. BOX 790448**
**SAINT LOUIS, MO 63179-0448**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$743.54**

---

**3.91**

**Nonpriority creditor's name and mailing address**
**WATERSTONE FAUCETS**
**PO BOX 1240**
**TEMECULA, CA 92593**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,432.43**

---

**3.92**

**Nonpriority creditor's name and mailing address**
**WESTERN PROPANE SERVICES**
**12600 WESTERN AVE**
**GARDEN GROVE, CA 92841**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$44.27**

---

**3.93**

**Nonpriority creditor's name and mailing address**
**William & Ann Butler**
**730 MORA DRIVE**
**LOS ALTOS, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **note**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,336,000.00**

---

**3.94**

**Nonpriority creditor's name and mailing address**
**William Bulter**
**730 Mora Ave.**
**Los Altos, CA 94024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unreimbursed expenses for credit card, webhosting**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**WOODPRO CABINETRY INC.**
**A DIV OF TWIN OAKS CUSTOM CABINETS**
**11587 GATEWAY DRIVE**
**NEOSHO, MO 64850**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,042.32**

---

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 39 of 87

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**ZERION GROUP**
PO Box 940411
MAITLAND, FL 32794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | **ACO, INC.**<br>P.O. Box 670544<br>MN 55535 | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BLANCO AMERICA INC.**<br>110 MOUNT HOLLY BY-PASS<br>Lumberton, NJ 08048 | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **BRASSTECH**<br>P.O. Box 932752<br>Atlanta, GA 31193 | Line __3.12__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **DELTA FOCUS**<br>3441 RIDGECREST RD.-EXTENDED<br>Jackson, TN 38305 | Line __3.20__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **DORNBRACHT USA**<br>1700 EXECUTIVE DR. SOUTH<br>Duluth, GA 30096 | Line __3.22__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **DURAVIT USA**<br>P.O. Box 402231<br>Atlanta, GA 30384 | Line __3.23__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **EPICORE SOFTWARE**<br>P.O. Box 204768<br>Dallas, TX 75320 | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **ESTES**<br>P.O. Box 105160<br>Atlanta, GA 30348 | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **FRANKE KITCHEN SYSTEMS LLC**<br>3215 PAYSHERE CIRCLE<br>Chicago, IL 60674 | Line __3.30__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **HANSGROHE INC.**<br>P.O. Box 733450<br>Dallas, TX 75373 | Line __3.34__<br><br>☐ Not listed. Explain ____ | _ |

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 40 of 87

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.11 **ICERA USA** <br> P.O. Box 679586 <br> Dallas, TX 75267 | Line **3.37** <br> ☐ Not listed. Explain ____ | _ |
| 4.12 **IN2AQUA** <br> KOENIGSTRASSE 26 <br> STUTTGART 70173 <br> GERMANY | Line **3.38** <br> ☐ Not listed. Explain ____ | _ |
| 4.13 **MOUNTAIN PLUMBING** <br> 2611 REGENT BLVD., SUITE 100 <br> Dallas, TX 75261 | Line **3.52** <br> ☐ Not listed. Explain ____ | _ |
| 4.14 **PANASONIC OF NORTH AMERICA** <br> P.O. Box 100443 <br> Pasadena, CA 91189 | Line **3.58** <br> ☐ Not listed. Explain ____ | _ |
| 4.15 **RAYMOND HANDLING SOLUTIONS** <br> P.O. Box 3683 <br> Santa Fe Springs, CA 90670 | Line **3.63** <br> ☐ Not listed. Explain ____ | _ |
| 4.16 **REPUBLIC SERVICES** <br> 42600 BOYCE RD. <br> Fremont, CA 94538 | Line **3.64** <br> ☐ Not listed. Explain ____ | _ |
| 4.17 **ROBERN** <br> P.O. Box 744955 <br> Atlanta, GA 30374 | Line **3.66** <br> ☐ Not listed. Explain ____ | _ |
| 4.18 **Toto** <br> P.O. Box 734238 <br> Dallas, TX 75373 | Line **3.84** <br> ☐ Not listed. Explain ____ | _ |
| 4.19 **Trumbull Industries, Inc.** <br> 400 Dietz Rd. <br> Warren, OH 44482 | Line **3.85** <br> ☐ Not listed. Explain ____ | _ |
| 4.20 **U-Haul** <br> 44511 Grimmer Blvd. <br> Fremont, CA 94538 | Line **3.86** <br> ☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 4,091,036.83 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ 4,091,036.83 |

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 41 of 87

Debtor name **Decorative Plumbing Distributors, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 11,765 square feet at 41841 Albrae St., Fremont, CA** | |
| State the term remaining — **July 31st, 2028** | **41841 Albrae LLC** |
| List the contract number of any government contract | **41841 Albrae Street** **Fremont, CA 94538** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **assignee and/or sublessee of 71 Pine Street, Suite A, Woburn, MA. Original lessee is Boston Basins, Inc.** | |
| State the term remaining — **March 1, 2025** | **Cieri Group LLC** |
| List the contract number of any government contract | **329 Washington Street** **Woburn, MA 01801** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 6954 Preston Ave., Livermore, CA 94550** | |
| State the term remaining — **October 15, 2028** | **Cranbrook Realty Investment Fund, L.P.** **dba Preston Tech Center** |
| List the contract number of any government contract | **3180 Crow Canyon Place Suite 215** **San Ramon, CA 94583** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **2025 Isuzu NPR/NF2 Cab FWD S/A FT** | |
| State the term remaining — **42 month lease starting from 7/15/24** | **Ryder Truck Rental** |
| List the contract number of any government contract | **6000 Windward Parkway** **Alpharetta, GA 30005** |

Case: 25-40140    Doc# 1    Filed: 01/28/25    Entered: 01/28/25 16:44:19    Page 42 of 87

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2023 FRTL M2 106 MD S/A ST TRK** | |
|---|---|---|---|
| | State the term remaining | **84 month lease starting 9/9/2022** | **Ryder Truck Rental** |
| | List the contract number of any government contract | _____ | **6000 Windward Parkway** **Alpharetta, GA 30005** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 4433 West Van Buren Suite 3-4, Phoenix, AZ** | |
|---|---|---|---|
| | State the term remaining | **October 31, 2026** | **Zimmerman Properties, Inc.** **c/o Cutler Commercial** |
| | List the contract number of any government contract | _____ | **2150 E. Highland Ave., Suite 207** **Phoenix, AZ 85016** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 7311 Anaconda Ave., Garden Grove, CA 92841** | |
|---|---|---|---|
| | State the term remaining | **5/31/2026** | **Zurlo Trusts & Campbell Griffith Trusts** |
| | List the contract number of any government contract | _____ | **3029 Wilshire Blvd. Suite 200** **Santa Monica, CA 90403** |

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 43 of 87

Debtor name **Decorative Plumbing Distributors, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | BILT Distribution LLC | 41841 Albrae Street Fremont, CA 94538 | Samson MCA LLC | ☑ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | BILT Distribution LLC | 41841 Albrae Street Fremont, CA 94538 | Samson MCA LLC | ☑ D __2.8__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Shapes Supply Company LLC | 3550 W. Salt Creek Lane, #115 Arlington Heights, IL 60005 | Samson MCA LLC | ☑ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Shapes Supply Company LLC | 3550 W. Salt Creek Lane, #115 Arlington Heights, IL 60005 | Samson MCA LLC | ☑ D __2.8__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | William & Anne Butler | 730 Mora Dr. Los Altos, CA 94024 | Samson MCA LLC | ☑ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| | | | |
|---|---|---|---|
| 2.6 | **William & Anne Butler** | **730 Mora Dr.**<br>**Los Altos, CA 94024** | **Backd** |

■ D   **2.1** ____
☐ E/F ____
☐ G ____

| 2.7 | **William & Anne Butler** | **730 Mora Dr.**<br>**Los Altos, CA 94024** | **Bank of America** |

■ D   **2.3** ____
☐ E/F ____
☐ G ____

| 2.8 | **William & Anne Butler** | **730 Mora Dr.**<br>**Los Altos, CA 94024** | **Samson MCA LLC** |

■ D   **2.8** ____
☐ E/F ____
☐ G ____

| 2.9 | **William & Anne Butler** | **730 Mora Dr.**<br>**Los Altos, CA 94024** | **WebBank** |

■ D   **2.10** ____
☐ E/F ____
☐ G ____

| 2.10 | **WMCO LLC** | | **Samson MCA LLC** |

■ D   **2.7** ____
☐ E/F ____
☐ G ____

| 2.11 | **WMCO LLC** | | **Samson MCA LLC** |

■ D   **2.8** ____
☐ E/F ____
☐ G ____

Case: 25-40140   Doc# 1   Filed: 01/28/25   Entered: 01/28/25 16:44:19   Page 45 of 87

Debtor name **Decorative Plumbing Distributors, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  Gross receipts | $22,716,429.00 |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  Gross receipts | $24,025,396.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attachment** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bilt Distribution LLC** <br><br> **Entity owned by Anne and Bill Butler** | **3/1/2024, 3/13/2024, Various past 12 months** | **$23,700.00** | **short term loans to related entities that have been repaid** |
| 4.2. **Pappas Piping Services, Inc.** <br><br> **Company owned by Bill and Anne Bulter** | **9/5/2024** | **$40,000.00** | **short term loans to related entities that have been repaid** |
| 4.3. **Shapes Supply, LLC** <br><br> **Company owned by Bill and Anne Bulter** | **Various from 2/2/2024 to 8/23/2024** | **$222,529.83** | **short term loans to related entities that have been repaid** |
| 4.4. **William Bulter** <br><br> **Owner** | **6/17/2024, 7/1/2024, 9/4/2024, 9/17/2024, 9/18/2024** | **$109,850.00** | **Loan repayments** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **First Industrial, LP v. Decorative Plumbing Distributors, LLC 22CV013825** | **unlawful detainer June 16, 2023 bank levy served on First Republic Bank which would have satisfied judgment. Settlement Agreement** | **California Superior Court, Alameda Cnty Hayward Hall of Justice Hayward, CA 94544** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Samson MCA LLC v. Decorative Plumbing Distributors LLC,; WMCO LLC; BILT Distribution, LLC Shapes Supply Co and William and Anne Bulter** | **Complaint for money owed** | **Supreme Court of State of New York, Erie County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kornfield Nyberg Bendes Kuhner & Little** **1970 Broadway, Suite 600** **Oakland, CA 94612** | **$70,000 retainer, $1,738 filing fee** | **January 12, 2025** | **$70,000.00** |
| | Email or website address **www.kornfieldlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Live Oak Bank** | **Payoff of loan through BofA refinancing** | **3/1/2024** | **$1,020,678.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **Bluevine Capital, Inc.** | **Payoff of loan through BofA refinance** | **3/1/2024** | **$47,582.00** |
| | Relationship to debtor **None** | | | |
| 13.3. | **Bankers Healthcare Group LLC** | **Payoff of loan through BofA refinance** | **3/1/2024** | **$210,326.00** |
| | Relationship to debtor **None** | | | |
| 13.4. | **Greylock Holdings** | **Payoff of loan through BofA refinancing** | **3/1/2024** | **$1,084,440.83** |
| | Relationship to debtor **None** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■ No.
  ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Case: 25-40140    Doc# 1    Filed: 01/28/25    Entered: 01/28/25 16:44:19    Page 51 of 87

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William & Anne Butler** | **730 Mora Dr. Los Altos, CA 94024** | | **Anne Butler 51% interest; William Butler 49% interest** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Case: 25-40140    Doc# 1    Filed: 01/28/25    Entered: 01/28/25 16:44:19    Page 52 of 87

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **1/28/2025**

**/s/ Anne Butler**                                **Anne Butler**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Decorative Plumbing Distributors LLC 90 Day Payments By Vendor**

| | | |
|---|---|---|
| **41841 ALBRAE, LLC** | **$** | **11,000.00** |
| 12/31/2024 | $ | 11,000.00 |
| **ACCEPT.BLUE** | **$** | **38.65** |
| 12/1/2024 | $ | 19.40 |
| 1/3/2025 | $ | 19.25 |
| **ACO, INC.** | **$** | **1,029.80** |
| 11/20/2024 | $ | 1,029.80 |
| **ALLY** | **$** | **7,173.23** |
| 11/1/2024 | $ | 1,076.33 |
| 11/13/2024 | $ | 900.00 |
| 12/1/2024 | $ | 1,076.33 |
| 12/12/2024 | $ | 900.00 |
| 12/13/2024 | $ | 1,072.12 |
| 1/8/2025 | $ | 1,076.33 |
| 1/13/2025 | $ | 1,072.12 |
| **ALNO, INC.** | **$** | **294.84** |
| 11/20/2024 | $ | 294.84 |
| **AMBER BLOOM** | **$** | **60.00** |
| 1/22/2025 | $ | 60.00 |
| **AMERICH CORP.** | **$** | **1,342.00** |
| 11/12/2024 | $ | 1,342.00 |
| **AS AMERICA INC** | **$** | **54,769.61** |
| 11/6/2024 | $ | 4,415.66 |
| 11/12/2024 | $ | 4,707.64 |
| 11/26/2024 | $ | 8,756.63 |
| 12/10/2024 | $ | 6,939.96 |
| 1/2/2025 | $ | 29,949.72 |
| **BACKD** | **$** | **122,551.25** |
| 10/31/2024 | $ | 10,858.97 |
| 11/7/2024 | $ | 18,615.38 |
| 11/14/2024 | $ | 18,615.38 |
| 11/21/2024 | $ | 18,615.38 |
| 11/29/2024 | $ | 18,615.38 |
| 12/5/2024 | $ | 18,615.38 |
| 12/12/2024 | $ | 18,615.38 |
| **BANK OF AMERICA** | **$** | **81,915.29** |
| 10/28/2024 | $ | 23,397.08 |
| 11/4/2024 | $ | 16.00 |
| 11/5/2024 | $ | 19.15 |
| 11/15/2024 | $ | 4,143.97 |
| 11/29/2024 | $ | 23,514.35 |
| 12/2/2024 | $ | 457.76 |

| | | |
|---|---|---|
| 12/16/2024 | $ | 3,567.36 |
| 12/30/2024 | $ | 22,258.24 |
| 1/15/2025 | $ | 4,541.38 |
| **BANK OF AMERICA - GLOBAL CC** | **$** | **321,872.76** |
| 11/5/2024 | $ | 64,313.12 |
| 11/19/2024 | $ | 57,187.36 |
| 12/10/2024 | $ | 20,000.00 |
| 12/17/2024 | $ | 30,000.00 |
| 1/2/2025 | $ | 40,992.24 |
| 1/16/2025 | $ | 109,380.04 |
| **BELWITH KEELER** | **$** | **1,395.04** |
| 11/20/2024 | $ | 1,160.07 |
| 1/17/2025 | $ | 234.97 |
| **BILLFIRE** | **$** | **729.06** |
| 11/13/2024 | $ | 729.06 |
| **BILT DISTRIBUTION** | **$** | **500.00** |
| 10/28/2024 | $ | 500.00 |
| **BILT SURFACES, LLC** | **$** | **6,000.00** |
| 1/12/2025 | $ | 6,000.00 |
| **BLANCO AMERICA** | **$** | **45,111.25** |
| 11/4/2024 | $ | 10,040.24 |
| 11/14/2024 | $ | 5,403.75 |
| 12/16/2024 | $ | 20,067.84 |
| 12/24/2024 | $ | 9,599.42 |
| **BLUE APPLE CONSTRUCTION** | **$** | **195.00** |
| 11/20/2024 | $ | 195.00 |
| **BOCCHI** | **$** | **6,652.23** |
| 11/20/2024 | $ | 6,652.23 |
| **BRAVO AFFILIATES, LLC** | **$** | **-** |
| 12/28/2024 | $ | - |
| **BRIZO** | **$** | **173,617.95** |
| 10/28/2024 | $ | 9,779.40 |
| 11/14/2024 | $ | 3,290.61 |
| 11/19/2024 | $ | 43,858.35 |
| 11/25/2024 | $ | 36,679.43 |
| 12/11/2024 | $ | 22,987.80 |
| 12/19/2024 | $ | 29,639.65 |
| 12/30/2024 | $ | 27,382.71 |
| **CALIFORNIA DEPT OF TAX & FE** | **$** | **19,745.00** |
| 11/1/2024 | $ | 19,745.00 |
| **CAPITAL ONE** | **$** | **128,994.32** |
| 11/4/2024 | $ | 72,844.42 |
| 12/11/2024 | $ | 10,000.00 |
| 12/16/2024 | $ | 41,149.90 |

| Date | Amount |
|------|--------|
| 12/30/2024 | $ 5,000.00 |
| 1/20/2025 | $ - |
| **CARLOS DENIZ** | **$ 18.58** |
| 1/17/2025 | $ 18.58 |
| **CHASE BANK** | **$ 1,581.40** |
| 11/15/2024 | $ 331.78 |
| 11/29/2024 | $ 15.00 |
| 12/16/2024 | $ 297.25 |
| 12/27/2024 | $ 34.00 |
| 12/31/2024 | $ 15.00 |
| 1/3/2025 | $ 506.38 |
| 1/15/2025 | $ 381.99 |
| **CHEVIOT PRODUCTS** | **$ 939.14** |
| 11/20/2024 | $ 397.93 |
| 1/17/2025 | $ 541.21 |
| **CITY OF PHOENIX** | **$ 96.00** |
| 11/20/2024 | $ 96.00 |
| **COMMERCE TECHNOLOGIES, LLC** | **$ 230.00** |
| 11/15/2024 | $ 65.00 |
| 12/16/2024 | $ 65.00 |
| 1/16/2025 | $ 100.00 |
| **DAWN KITCHEN & BATH PRODUCT** | **$ 8,448.57** |
| 11/20/2024 | $ 8,448.57 |
| **DELTA FOCUS** | **$ 69,084.80** |
| 10/28/2024 | $ 16,246.92 |
| 11/8/2024 | $ 5,267.06 |
| 11/14/2024 | $ 1,083.11 |
| 11/19/2024 | $ 17,530.78 |
| 11/25/2024 | $ 5,317.77 |
| 12/11/2024 | $ 8,906.82 |
| 12/19/2024 | $ 10,076.04 |
| 12/30/2024 | $ 4,656.30 |
| **DORNBRACHT AG & CO** | **$ 13,901.40** |
| 11/12/2024 | $ 7,644.16 |
| 11/22/2024 | $ 2,154.78 |
| 12/10/2024 | $ 2,499.07 |
| 1/7/2025 | $ 1,603.39 |
| **DRIP** | **$ 633,035.10** |
| 10/30/2024 | $ 63,314.34 |
| 10/31/2024 | $ 40,664.00 |
| 11/4/2024 | $ 16,518.56 |
| 11/6/2024 | $ 148,458.60 |
| 11/13/2024 | $ 113,631.45 |
| 11/14/2024 | $ 7,076.84 |

| | | |
|---|---|---:|
| 11/18/2024 | $ | 74,956.22 |
| 11/19/2024 | $ | 7,550.16 |
| 11/20/2024 | $ | 45,465.43 |
| 11/21/2024 | $ | 38,060.67 |
| 11/25/2024 | $ | 10,359.35 |
| 11/26/2024 | $ | 57,225.27 |
| 12/9/2024 | $ | 9,754.21 |
| **DURAVIT USA** | **$** | **48,592.14** |
| 11/4/2024 | $ | 18,885.70 |
| 11/12/2024 | $ | 14,925.17 |
| 12/12/2024 | $ | 14,781.27 |
| **EDOS MANUFACTURES' REP** | **$** | **9,037.93** |
| 11/20/2024 | $ | 9,037.93 |
| **ERIC FIROOZ** | **$** | **4,766.61** |
| 11/15/2024 | $ | 1,038.85 |
| 12/17/2024 | $ | 924.60 |
| 1/5/2025 | $ | 377.71 |
| 1/17/2025 | $ | 2,425.45 |
| **EVERSOURCE** | **$** | **778.39** |
| 11/14/2024 | $ | 239.37 |
| 12/16/2024 | $ | 269.00 |
| 12/29/2024 | $ | 270.02 |
| **FGI INDUSTRIES, INC** | **$** | **1,802.19** |
| 11/20/2024 | $ | 1,472.39 |
| 1/17/2025 | $ | 329.80 |
| **FIBO AS** | **$** | **-** |
| 11/6/2024 | $ | - |
| 1/20/2025 | $ | - |
| **FIRE PROTECTION SPECIALISTS** | **$** | **608.17** |
| 11/20/2024 | $ | 608.17 |
| **FLEURCO-US, INC.** | **$** | **27,308.04** |
| 12/3/2024 | $ | 14,722.75 |
| 12/11/2024 | $ | 12,585.29 |
| **FLYERS ENERGY LLC** | **$** | **23,715.32** |
| 10/31/2024 | $ | 4,327.23 |
| 11/1/2024 | $ | 4,121.56 |
| 11/15/2024 | $ | 3,346.90 |
| 11/30/2024 | $ | 3,012.13 |
| 1/2/2025 | $ | 3,408.80 |
| 1/10/2025 | $ | 2,495.40 |
| 1/22/2025 | $ | 3,003.30 |
| **FRANKE KITCHEN SYSTEMS, LLC** | **$** | **7,845.07** |
| 1/2/2025 | $ | 7,845.07 |
| **FREDERICK HOPWOOD** | **$** | **13,088.25** |

| | | |
|---|---|---|
| 11/1/2024 | $ | 5,204.75 |
| 12/3/2024 | $ | 4,281.00 |
| 1/1/2025 | $ | 3,602.50 |
| **GB AUTO SERVICE, INC** | **$** | **35.00** |
| 1/17/2025 | $ | 35.00 |
| **GLOBAL FINANCIAL SERVICES** | **$** | **666.82** |
| 12/30/2024 | $ | 666.82 |
| **HANSGROHE INC.** | **$** | **139,652.64** |
| 11/5/2024 | $ | 11,785.20 |
| 11/12/2024 | $ | 25,810.97 |
| 11/19/2024 | $ | 20,741.79 |
| 12/11/2024 | $ | 29,265.30 |
| 12/19/2024 | $ | 52,049.38 |
| **HASTINGS** | **$** | **96,076.00** |
| 11/4/2024 | $ | 9,433.48 |
| 11/9/2024 | $ | 1,650.89 |
| 11/27/2024 | $ | 15,994.86 |
| 12/3/2024 | $ | 35,166.36 |
| 12/12/2024 | $ | 6,060.38 |
| 12/16/2024 | $ | 2,978.04 |
| 12/18/2024 | $ | 2,756.38 |
| 12/19/2024 | $ | 4,272.56 |
| 12/20/2024 | $ | 4,014.62 |
| 1/7/2025 | $ | 247.22 |
| 1/10/2025 | $ | 430.03 |
| 1/16/2025 | $ | 285.28 |
| 1/20/2025 | $ | - |
| 1/22/2025 | $ | 12,785.90 |
| **HELEN GARBER** | **$** | **2,513.84** |
| 1/5/2025 | $ | 2,513.84 |
| **HONDA FINANCIAL SERVICES** | **$** | **1,466.28** |
| 11/25/2024 | $ | 488.76 |
| 12/24/2024 | $ | 488.76 |
| 1/23/2025 | $ | 488.76 |
| **House of Remodeling** | **$** | **4,173.01** |
| 1/17/2025 | $ | 4,173.01 |
| **ICERA USA** | **$** | **53,289.65** |
| 11/15/2024 | $ | 22,943.22 |
| 11/20/2024 | $ | 11,917.14 |
| 12/24/2024 | $ | 18,429.29 |
| **IDEA 247, INC** | **$** | **36,210.26** |
| 10/28/2024 | $ | 12,243.34 |
| 11/26/2024 | $ | 12,243.34 |
| 12/26/2024 | $ | 11,723.58 |

| | | |
|---|---|---|
| **IN2AQUA** | **$** | **2,070.20** |
| 11/15/2024 | $ | 1,113.81 |
| 12/17/2024 | $ | 834.89 |
| 1/13/2025 | $ | 121.50 |
| **INFINITY DRAIN** | **$** | **5,818.54** |
| 12/27/2024 | $ | 5,818.54 |
| **INNOVO** | **$** | **3,585.00** |
| 11/1/2024 | $ | 3,585.00 |
| **INSPERITY** | **$** | **3,205.12** |
| 11/14/2024 | $ | 3,205.12 |
| **JOEANNA DOMINGUEZ** | **$** | **30.00** |
| 1/22/2025 | $ | 30.00 |
| **JÖRGER ARMATUREN UND ACCESS** | **$** | **67,435.48** |
| 11/12/2024 | $ | 14,062.09 |
| 11/13/2024 | $ | 14,535.18 |
| 12/11/2024 | $ | 21,932.34 |
| 12/19/2024 | $ | 16,905.87 |
| **JULIEN** | **$** | **345.00** |
| 11/20/2024 | $ | 345.00 |
| **KAIZON SOLUTIONS - B1** | **$** | **3,720.00** |
| 11/1/2024 | $ | 1,240.00 |
| 12/1/2024 | $ | 345.00 |
| 12/3/2024 | $ | 895.00 |
| 1/3/2025 | $ | 1,240.00 |
| **KORNFIELD NYBERG,BENDES,KUH** | **$** | **71,738.00** |
| 1/12/2025 | $ | 71,738.00 |
| **KRISTINA ITAMERI-KINTER** | **$** | **150.00** |
| 1/22/2025 | $ | 150.00 |
| **LA COSTA CABINETS & DESIGN** | **$** | **168.56** |
| 1/17/2025 | $ | 168.56 |
| **LAURA GUNDRY** | **$** | **1,464.75** |
| 11/1/2024 | $ | 560.25 |
| 12/3/2024 | $ | 627.75 |
| 1/7/2025 | $ | 276.75 |
| **LEAF CAPITAL FUNDING** | **$** | **29,963.52** |
| 11/20/2024 | $ | 14,981.76 |
| 12/20/2024 | $ | 14,981.76 |
| **MARGARET GRIFFITH FAMILY TR** | **$** | **76,329.78** |
| 11/1/2024 | $ | 25,443.26 |
| 12/3/2024 | $ | 25,443.26 |
| 1/1/2025 | $ | 25,443.26 |
| **MARK SALINAS** | **$** | **302.82** |
| 12/11/2024 | $ | 302.82 |
| **MARLIN LEASING/ WEBBANK** | **$** | **31,984.59** |

| Date | | Amount |
|------|---|--------|
| 10/28/2024 | $ | 2,907.69 |
| 11/4/2024 | $ | 2,907.69 |
| 11/12/2024 | $ | 2,907.69 |
| 11/18/2024 | $ | 2,907.69 |
| 11/25/2024 | $ | 2,907.69 |
| 12/3/2024 | $ | 2,907.69 |
| 12/9/2024 | $ | 2,907.69 |
| 12/16/2024 | $ | 2,907.69 |
| 12/23/2024 | $ | 2,907.69 |
| 12/30/2024 | $ | 2,907.69 |
| 1/6/2025 | $ | 2,907.69 |
| **Marlon Diaz** | **$** | **1,464.20** |
| 1/17/2025 | $ | 1,464.20 |
| **MATTHEW RICH** | **$** | **4,000.00** |
| 1/24/2025 | $ | 4,000.00 |
| **MERCEDES-BENZ FINANCIAL SER** | **$** | **5,479.57** |
| 11/13/2024 | $ | 1,072.12 |
| 11/15/2024 | $ | 1,469.15 |
| 12/13/2024 | $ | 1,469.15 |
| 1/15/2025 | $ | 1,469.15 |
| **MI CAMP** | **$** | **14,927.99** |
| 11/4/2024 | $ | 3,474.32 |
| 12/3/2024 | $ | 4,017.17 |
| 1/3/2025 | $ | 7,436.50 |
| **NATIONAL GRID** | **$** | **1,514.09** |
| 12/10/2024 | $ | 132.55 |
| 1/4/2025 | $ | 1,381.54 |
| **NATIVE TRAILS** | **$** | **23,911.04** |
| 11/12/2024 | $ | 6,728.93 |
| 11/26/2024 | $ | 7,616.77 |
| 12/17/2024 | $ | 9,565.34 |
| **NEW ENGLAND IT RESOURCES** | **$** | **600.00** |
| 11/20/2024 | $ | 200.00 |
| 1/17/2025 | $ | 400.00 |
| **OAKVILLE STAMPING & BENDING** | **$** | **104.64** |
| 1/17/2025 | $ | 104.64 |
| **PACIFIC COAST PROPANE LLC** | **$** | **54.00** |
| 11/20/2024 | $ | 54.00 |
| **PACIFIC GAS & ELECTRIC CO.** | **$** | **10,312.09** |
| 10/30/2024 | $ | 3,249.80 |
| 11/27/2024 | $ | 2,839.05 |
| 1/2/2025 | $ | 4,223.24 |
| **PAY.GOV** | **$** | **9,750.00** |
| 11/8/2024 | $ | 3,250.00 |

| | | |
|---|---|---|
| 12/9/2024 | $ | 3,250.00 |
| 1/8/2025 | $ | 3,250.00 |
| **PHILIP LEE** | **$** | **473.77** |
| 11/20/2024 | $ | 23.72 |
| 1/17/2025 | $ | 450.05 |
| **PHYLRICH** | **$** | **43,286.66** |
| 11/14/2024 | $ | 19,927.24 |
| 12/16/2024 | $ | 17,103.19 |
| 12/18/2024 | $ | 6,256.23 |
| **PITNEY BOWES BANK INC.** | **$** | **406.02** |
| 1/2/2025 | $ | 206.02 |
| 1/5/2025 | $ | 200.00 |
| **PRODUITS NEPTUNE** | **$** | **2,430.88** |
| 11/20/2024 | $ | 2,430.88 |
| **Repcor** | **$** | **-** |
| 1/20/2025 | $ | - |
| **RESTREPO CLEANING CORP** | **$** | **737.50** |
| 11/20/2024 | $ | 295.00 |
| 1/17/2025 | $ | 442.50 |
| **ROBERN INC** | **$** | **56,259.97** |
| 11/12/2024 | $ | 24,887.43 |
| 11/26/2024 | $ | 11,659.76 |
| 12/6/2024 | $ | 8,589.86 |
| 12/11/2024 | $ | 11,122.92 |
| **ROCA BATHROOM PRODUCTS INC** | **$** | **137.37** |
| 11/13/2024 | $ | 137.37 |
| **Rocky Elsalaymeh** | **$** | **2,091.70** |
| 1/1/2025 | $ | 2,091.70 |
| **ROHL LLC** | **$** | **122,197.58** |
| 10/28/2024 | $ | 20,823.65 |
| 11/14/2024 | $ | 12,317.81 |
| 11/25/2024 | $ | 28,503.34 |
| 12/10/2024 | $ | 22,202.04 |
| 12/11/2024 | $ | 8,303.71 |
| 12/17/2024 | $ | 14,183.48 |
| 12/27/2024 | $ | 15,863.55 |
| **ROSS EXPRESS** | **$** | **467.50** |
| 11/20/2024 | $ | 467.50 |
| **RYDER TRANSPORTATION SERVIC** | **$** | **47,814.25** |
| 10/31/2024 | $ | 449.21 |
| 11/7/2024 | $ | 1,165.00 |
| 11/11/2024 | $ | 4,749.26 |
| 11/14/2024 | $ | 953.67 |
| 11/15/2024 | $ | 5,521.65 |

| Date | Amount |
|---|---|
| 11/21/2024 | $ 391.84 |
| 11/28/2024 | $ 10,279.37 |
| 12/4/2024 | $ 2,269.33 |
| 12/5/2024 | $ 2,021.24 |
| 12/9/2024 | $ 12.97 |
| 12/12/2024 | $ 3,055.85 |
| 12/14/2024 | $ 4,623.57 |
| 12/16/2024 | $ 1,552.71 |
| 12/23/2024 | $ 69.21 |
| 12/30/2024 | $ 2,548.44 |
| 1/6/2025 | $ 4,602.74 |
| 1/13/2025 | $ 3,548.19 |
| **SAMSON MCA LLC** | **$ 280,355.00** |
| 10/31/2024 | $ 23,250.00 |
| 11/1/2024 | $ 16,320.00 |
| 11/6/2024 | $ 16,320.00 |
| 11/7/2024 | $ 23,250.00 |
| 11/14/2024 | $ 23,250.00 |
| 11/15/2024 | $ 16,320.00 |
| 11/21/2024 | $ 39,570.00 |
| 11/29/2024 | $ 23,250.00 |
| 12/2/2024 | $ 16,320.00 |
| 12/5/2024 | $ 23,250.00 |
| 12/6/2024 | $ 16,320.00 |
| 12/12/2024 | $ 23,250.00 |
| 12/13/2024 | $ 16,320.00 |
| 12/26/2024 | $ 3,365.00 |
| **SAUNA360 INC.** | **$ 580.83** |
| 11/20/2024 | $ 580.83 |
| **SENTRY INSURANCE** | **$ 27,326.28** |
| 11/1/2024 | $ 11,742.01 |
| 12/2/2024 | $ 13,389.45 |
| 1/2/2025 | $ 2,194.82 |
| **SOUTHERN CALIFORNIA EDISON** | **$ 2,948.71** |
| 11/5/2024 | $ 716.54 |
| 12/4/2024 | $ 735.71 |
| 1/2/2025 | $ 772.02 |
| 1/21/2025 | $ 724.44 |
| **TAYLOR INDUSTRIES/TERE-STON** | **$ 1,226.31** |
| 11/20/2024 | $ 1,226.31 |
| **TEE VAX** | **$ 214.50** |
| 1/17/2025 | $ 214.50 |
| **THE CHICAGO FAUCET CO.** | **$ 6,872.14** |
| 11/20/2024 | $ 6,872.14 |

| | | |
|---|---|---|
| **THE CIERI GROUP LLC** | $ | **39,336.54** |
| 11/13/2024 | $ | 13,112.18 |
| 12/11/2024 | $ | 13,112.18 |
| 1/13/2025 | $ | 13,112.18 |
| **THE SWAN CORPORATION** | $ | **3,672.97** |
| 11/20/2024 | $ | 3,672.97 |
| **THERESA DELACERDA** | $ | **20.00** |
| 1/17/2025 | $ | 20.00 |
| **TOTO** | $ | **411,954.71** |
| 11/5/2024 | $ | 20,121.43 |
| 11/6/2024 | $ | - |
| 11/8/2024 | $ | 3,668.82 |
| 11/12/2024 | $ | 24,215.25 |
| 11/14/2024 | $ | - |
| 11/15/2024 | $ | 30,015.76 |
| 11/19/2024 | $ | - |
| 11/22/2024 | $ | 35,454.33 |
| 11/26/2024 | $ | 29,665.62 |
| 1/24/2025 | $ | 268,813.50 |
| **U-HAUL** | $ | **338.36** |
| 11/20/2024 | $ | 207.38 |
| 1/17/2025 | $ | 130.98 |
| **UKINOX USA KITCHEN SYSTEMS,** | $ | **1,009.38** |
| 11/20/2024 | $ | 1,009.38 |
| **US BANK EQUIPMENT FINANCE** | $ | **408.73** |
| 11/4/2024 | $ | 408.73 |
| **VINCENT RODRIGUEZ** | $ | **7,682.26** |
| 11/1/2024 | $ | 1,060.65 |
| 11/15/2024 | $ | 446.64 |
| 12/17/2024 | $ | 446.64 |
| 1/5/2025 | $ | 2,281.81 |
| 1/17/2025 | $ | 3,446.52 |
| **WATERSTONE FAUCETS** | $ | **33,433.67** |
| 11/12/2024 | $ | 8,284.62 |
| 11/20/2024 | $ | 10,150.77 |
| 12/12/2024 | $ | 10,473.76 |
| 1/3/2025 | $ | 4,524.52 |
| **ZERION GROUP** | $ | **1,572.50** |
| 11/15/2024 | $ | 1,295.00 |
| 12/31/2024 | $ | 277.50 |
| **ZIMMERMAN PROPERTIES, INC.** | $ | **32,195.20** |
| 11/4/2024 | $ | 10,695.55 |
| 12/2/2024 | $ | 10,758.24 |
| 1/7/2025 | $ | 10,741.41 |

| Grand Total | $ 3,681,828.15 |
| --- | --- |

# United States Bankruptcy Court
## Northern District of California

In re **Decorative Plumbing Distributors, LLC**

Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **1/28/2025**

Signature **/s/ Anne Butler**
**Anne Butler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

   **Decorative Plumbing Distributors, LLC**


_____    Debtor(s).    /

<u>CREDITOR MATRIX COVER SHEET</u>


      I declare that the attached Creditor Mailing Matrix, consisting of __18__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **1/28/2025**


                         **/s/ Chris Kuhner**
                         Signature of Debtor's Attorney or Pro Per Debtor

Chris Kuhner
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


Decorative Plumbing Distributors, LLC
41841 Albrae St.
Fremont, CA 94538


 Berkovitch & Bouskila PLLC
1545 U.S. 202, Suite101
Pomona, NY 10970


41841 Albrae LLC
41841 Albrae Street
Fremont, CA 94538


41841 ALBRAE, LLC
41841 ALBRAE STREET
FREMONT, CA 94538


ACCO ENGINEERED SYSTEMS
DEPT 1091910
PO BOX 847360
LOS ANGELES, CA 90084


ACO Polymer Products, Inc.
825 W. BEECHCRAFT ST.
CASA GRANDE, AZ 85122


ACO, INC.
P.O. Box 670544
MN 55535

ALNO, INC.
13984 BALBOA BLVD
SYLMAR, CA 91342-1085


AMBER BLOOM
1401 O ST.
FOLSOM, CA 95763


AS AMERICA INC
PO BOX 200401
PITTSBURGH, PA 15251-5134


ATMOS PROJECT LLC DBA MR STEAM
9410 S. LA CIENEGA BLVD.
INGLEWOOD, CA 90301


Backd
August Business Finance, LLC
4853 Williams Ste 111 Office G
Georgetown, TX 78633


Bank of America
Gateway Village 900 Bldg
NC1-026-06-06
900 W Trade Street
Charlotte, NC 28255


BAY ALARM COMPANY
ACCT# 1642822 - 2258222 (fire)
5130 COMMERCIAL CIRCLE
CONCORD, CA 94520


BELWITH KEELER
3100 Broadway Avenue SW
GRANDVILLE, MI 49418

BILT Distribution LLC
41841 Albrae Street
Fremont, CA 94538


BLANCO AMERICA
PO BOX 536047
PITTSBURGH, PA 15253-5902


BLANCO AMERICA INC.
110 MOUNT HOLLY BY-PASS
Lumberton, NJ 08048


BOCCHI
6590 SHILOH RD EAST
SUITE D
ALPHARETTA, GA 30005


BRASSTECH
ACCT.# DEC011
2001 CARNEGIE AVE.
SANTA ANA, CA 92705-5531


BRASSTECH
P.O. Box 932752
Atlanta, GA 31193


BRIZO
DEPT. 78702
P.O. BOX 78000
DETROIT, MI 48278


BRUCE'S TIRE
2420 PRUNE AVE
FREMONT, CA 94539-6732

CARLOS DENIZ
5369 CARNEGIE LOOP
LIVERMORE, CA 94550


CHEVIOT PRODUCTS
819 Seaborne Ave #1120
PORT COQUITLAM V3B 0N9
BC CANADA


CHICAGO FAUCET CO.
1100 BOONE DRIVE
MICHIGAN CITY, IN 46360


Cieri Group LLC
329 Washington Street
Woburn, MA 01801


COMMERCE TECHNOLOGIES, LLC
25736 NETWORK PLACE
CHICAGO, IL 60673-1257


Cranbrook Realty Investment Fund, L.P.
dba Preston Tech Center
3180 Crow Canyon Place Suite 215
San Ramon, CA 94583


DAWN KITCHEN & BATH PRODUCTS INC.
ACCT# DPD4690
27688 INDUSTRIAL BLVD
HAYWARD, CA 94545


DELTA FOCUS
DEPT 78702
PO BOX 78000
DETROIT, MI 48278

DELTA FOCUS
3441 RIDGECREST RD.-EXTENDED
Jackson, TN 38305


DMV RENEWAL
P. O. BOX 942897
SACRAMENTO, CA 94294-0895


DORNBRACHT AG & CO
PO BOX 1041
ACCT# 199308 & 199303
NEW YORK, NY 10268


DORNBRACHT USA
1700 EXECUTIVE DR. SOUTH
Duluth, GA 30096


Drip Capital Inc.
555 Bryant St. #356
Palo Alto, CA 94301


Drip Capital, Inc.
1885 El Camino Real
Palo Alto, CA 94306


DURAVIT
CUST ID # 5201004
2635 NORTH BERKELEY LAKE RD STE 100
DULUTH, GA 30096


DURAVIT USA
P.O. Box 402231
Atlanta, GA 30384

EDOS MANUFACTURES' REP
8-B WEST STATE STREET
GRANBY, MA 01033


EPICOR
100 BEARD SAWMILL ROAD
SUITE 210
SHELTON, CT 06484


EPICORE SOFTWARE
P.O. Box 204768
Dallas, TX 75320


ESTES
P.O. Box 105160
Atlanta, GA 30348


ESTES EXPRESS LINES
1634 S. 7TH STREET
ACCT# 0261013
SAN JOSE, CA 95112


EWS (ENVIRONMENTAL WATER SYSTEMS)
5542 S FORT APACHE RD #110
LAS VEGAS, NV 89148-7691


FGI INDUSTRIES, INC
LOCKBOX #347734
PO BOX 347734
PITTSBURGH, PA 15250-4734


FLEURCO-US, INC.
9132 Norwalk Blvd
SANTA FE SPRINGS, CA 90670

FRANKE CONSUMER PRODUCTS
600 FRANKE DR
RUSTON, LA 71270-7440


FRANKE KITCHEN SYSTEMS LLC
3215 PAYSHERE CIRCLE
Chicago, IL 60674


GB AUTO SERVICE, INC
P.O. BOX 208942
DALLAS, TX 75320-8942


GENERIC REFUND
FREMONT, CA 94538


GOLDEN STATE MATERIAL HANDLING
PO BOX 3013
UNION CITY, CA 94587


HANSGROHE
CUST NO# 1702
1490 BLUEGRASS LAKES PKWY
ALPHARETTA, GA 30004


HANSGROHE INC.
P.O. Box 733450
Dallas, TX 75373


Hemar, Rousso & Heald, LLP
Attn: Jennifer Crastz
15910 Ventura Blvd. 12th Fl.
Encino, CA 91436

HENRY C. LEVY, TAX COLLECTOR
ALAMEDA COUNTY
1221 OAK STREET
OAKLAND, CA 94612-4286


HYDRO SYSTEMS, INC.
29132 AVENUE PAINE
VALENCIA, CA 91355


ICB&A
Attn:
13680 NW Street, Suite 130
Fort Lauderdale, FL 33325


ICERA
531 MAIN ST.
UNIT 860
EL SEGUNDO, CA 90245


ICERA USA
P.O. Box 679586
Dallas, TX 75267


IN2AQUA
PO BOX 103362
PASADENA, CA 91189


IN2AQUA
KOENIGSTRASSE 26
STUTTGART 70173
GERMANY


INFINITY DRAIN
145 DIXON AVE
AMITYVILLE, NY 11701

INNOVO
2675 Northpark Drive
Suite 201
LAFAYETTE, CO 80026


INSTOCK TODAY CABINETS
9208 ENTERPRISE CT
MANASSAS, VA 20111


J RGER ARMATUREN UND ACCESSOIRES
Seckenheimer Landstrasse 270-280
68163 MANNHEIM
GERMANY


JEMBY ELECTRICAL
4468 TECHNOLOGY DRIVE
FREMONT, CA 94538


JOEANNA DOMINGUEZ
497 CROSSLEES DR
SAN JOSE, CA 95111


JULIEN
955 LACHANCE STREET
QUEBEC CITY G1P 2H3
CANADA


KRISTINA ITAMERI-KINTER
458 MOULTON LANE
STOWE, VT 05672


LAUFEN Bathrooms
7610 NE 4TH COURT SUITE 104
MIAMI, FL 33138

Leaf Capital Funding LLC
2005 Market Street 14th Fl.
Philadelphia, PA 19103


Leaf Capital Funding, LLC
1720 A Crete Street
Moberly, MO 65270


LEE JENNINGS TARGET EXPRESS INC.
1465 E. FRANKLIN AVE.
POMONA, CA 91766


Lien Solutions
P.O. Box 29071
Glendale, CA 91209


LIXIL WATER TECHNOLOGY - GROHE
1750 CENTRAL AVE
ROSELLE, IL 60172-1682


MARMITE SP Z O.O.
ul. Przemslowa 4, Zakrzewo
DOPIEWO 62-070
POLAND


MERCEDES-BENZ FINANCIAL SERVICES
#5001697057001
PO BOX 5209
CAROL STREAM, IL 60197


Mercedes-Benz Financial Services
PO Box 685
Roanoke, TX 76262

MOUNTAIN PLUMBING
2611 REGENT BLVD., SUITE 100
Dallas, TX 75261


MOUNTAIN PLUMBING PRODUCTS
PO BOX 671659
DALLAS, TX 75267-1659


NATIVE TRAILS
34 ZACA LANE
SAN LUIS OBISPO, CA 93401


NEW ENGLAND IT RESOURCES
1 BOXWOOD CIRCLE
MILFORD, NH 03055


NORDOPS, INC
36 BRAMBLE PATH
MARSTONS MILLS, MA 02648


OAKVILLE STAMPING & BENDING LTD.
2200 SPEERS RD, UNIT C
OAKVILLE ON L6L 2XB
CANADA


PACIFIC COAST PROPANE LLC
PO BOX 353
ONTARIO, CA 91762


PANASONIC
2055 SANYO AVE
SAN DIEGO, CA 92154

PANASONIC OF NORTH AMERICA
P.O. Box 100443
Pasadena, CA 91189


PAY.GOV
TREASURY, DC 20220


PHILIP LEE
2612 GELLERT CT
SO.SAN FRANCISCO, CA 94080


PHYLRICH
1261 LOGAN AVE
COSTA MESA, CA 92626


R+L CARRIERS
600 GILLIAM ROAD
WILMINGTON, OH 45177


RAYMOND HANDLING SOLUTIONS
9939 NORWALK BLVD.
SANTA FE SPRINGS, CA 90670


RAYMOND HANDLING SOLUTIONS
P.O. Box 3683
Santa Fe Springs, CA 90670


REPUBLIC SERVICES
42600 BOYCE RD.
Fremont, CA 94538

REPUBLIC SERVICES #916
ALAMEDA COUNTY
P.O. BOX 78829
PHOENIX, AZ 85062-8829


RESTREPO CLEANING CORP
205 FERRY STREET #304
EVERETT, MA 02149


ROBERN
701 N. WILSON AVENUE
BRISTOL, PA 19007


ROBERN
P.O. Box 744955
Atlanta, GA 30374


ROCA BATHROOM PRODUCTS INC
11190 NW 25TH ST STE 110
DORAL, FL 33172


ROHL LLC
CUST.# 7476
P.O. BOX 746939
ATLANTA, GA 30374-6939


ROSS EXPRESS
PO BOX 8909
PENACOOK, NH 03303


RYDER TRANSPORTATION SERVICE
LOCKBOX FILE 56347
LOS ANGELES, CA 90074-6347

Ryder Truck Rental
6000 Windward Parkway
Alpharetta, GA 30005


Samson MCA LLC
1545 Route 202, Suite 201
Pomona, NY 10970


SAUNA360 INC.
575 E. Cokato Street
COKATO, MN 55321


SENTRY INSURANCE
PO BOX 8048
STEVENS POINT, WI 54481-8048


Shapes Supply Company LLC
3550 W. Salt Creek Lane, #115
Arlington Heights, IL 60005


SMART JANITORIAL
645 N Eckhoff St. Suite J
ORANGE, CA 92868


SPS COMMERCE INC.
PO BOX 205782
DALLAS, TX 75320-5782


SWAN CORPORATION - ONTARIO
1555 DUPONT AVE. SUITE E
ONTARIO, CA 91761-1403

SYS IT SERVICES
303 TWIN DOLPHIN DR SUITE 600
REDWOOD CITY, CA 94065


TAYLOR INDUSTRIES/TERE-STONE
PO BOX 1060
PARKER FORD, PA 19457


THE CHICAGO FAUCET CO.
DEPT. CH 16930
PALATINE, IL 60055-6930


THE CIERI GROUP LLC
329 WASHINGTON STREET
WOBURN, MA 01801


THE ENGINEERED STONE GROUP
670 NORTH PRICE RD
SUGAR HILL, GA 30518


THE SWAN CORPORATION
515 OLIVE STREET - SUITE 900
SAINT LOUIS, MO 63101


THE SWAN CORPORATION
PO BOX 207079
DALLAS, TX 75320-7079


THERESA DELACERDA
295 S. 23RD STREET
SAN JOSE, CA 95116

TOTO
1155 SOUTHERN ROAD
MORROW, GA 30260


Toto
P.O. Box 734238
Dallas, TX 75373


TRUMBULL INDUSTRIES INC.
PO BOX 6244
HERMITAGE, PA 16148-0922


Trumbull Industries, Inc.
400 Dietz Rd.
Warren, OH 44482


U-HAUL
PO BOX 52128
ACCT#744599212559
PHOENIX, AZ 85072-2128


U-Haul
44511 Grimmer Blvd.
Fremont, CA 94538


U.S. Small Business Administration
Office of Processing and Disbursement
14925 Kingsport Rd
Fort Worth, TX 76155


UKINOX USA KITCHEN SYSTEMS, INC.
5352 NW 35th AVE
FORT LAUDERDALE, FL 33309

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UNISHIPPERS
700 N VALLEY STREET
SUITE B
ANAHEIM, CA 92801


US BANK EQUIPMENT FINANCE
P.O. BOX 790448
SAINT LOUIS, MO 63179-0448


WATERSTONE FAUCETS
PO BOX 1240
TEMECULA, CA 92593


WebBank
c/o Marlin Leasing Corp. dba PEAC Soluti
300 Fellowship Rd.
Mount Laurel, NJ 08054


WESTERN PROPANE SERVICES
12600 WESTERN AVE
GARDEN GROVE, CA 92841


William & Ann Butler
730 MORA DRIVE
LOS ALTOS, CA 94024


William & Anne Butler
730 Mora Dr.
Los Altos, CA 94024

William Bulter
730 Mora Ave.
Los Altos, CA 94024


WMCO LLC


WOODPRO CABINETRY INC.
A DIV OF TWIN OAKS CUSTOM CABINETS
11587 GATEWAY DRIVE
NEOSHO, MO 64850


ZERION GROUP
PO Box 940411
MAITLAND, FL 32794


Zimmerman Properties, Inc.
c/o Cutler Commercial
2150 E. Highland Ave., Suite 207
Phoenix, AZ 85016


Zurlo Trusts & Campbell Griffith Trusts
3029 Wilshire Blvd. Suite 200
Santa Monica, CA 90403

# United States Bankruptcy Court
## Northern District of California

In re __Decorative Plumbing Distributors, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Decorative Plumbing Distributors, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__1/28/2025__

Date

**/s/ Chris Kuhner**

**Chris Kuhner 173291**

Signature of Attorney or Litigant

Counsel for __Decorative Plumbing Distributors, LLC__

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**

**United States Bankruptcy Court**
**Northern District of California**

In re   **Decorative Plumbing Distributors, LLC**       Case No. _____

                 Debtor(s)          Chapter   **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Anne Butler**, declare under penalty of perjury that I am the **Managing Member** of **Decorative Plumbing Distributors, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **28th** day of **January**, 2025__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Anne Butler**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Anne Butler**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Anne Butler**, **Managing Member** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case."

Date   **1/28/2025** _____       Signed   **/s/ Anne Butler** _____

                                                    **Anne Butler**

Resolution of Board of Directors
of
**Decorative Plumbing Distributors, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Anne Butler**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Anne Butler**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Anne Butler**, **Managing Member** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case.

Date   **1/28/2025**                            Signed   /s/Anne Butler

Date   **1/28/2025**                            Signed