**Fill in this information to identify the case:**

Debtor name  **Decorative Plumbing Distributors, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **25-40140**

■ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.        **Cash on hand** | **$300.00** |

3.        **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **First Republic Bank (Chase)** | **Checking** | **4308** | **$211.62** |
| 3.2.  **Bank of America** | **Checking** | **9367** | **$480,211.00** |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$480,722.62**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
          **Security deposits: 41841 Albrae LLC $15,000; 7311 Anadonca Ave. lease $19,432.25; 6954 Preston Ave. $59,054.39;  4433 West Van Buren - $10,484; 71 Pine Street -**
7.1.  **$11,650.00**          **$115,620.64**

Case: 25-40140    Doc# 61    Filed: 03/06/25    Entered: 03/06/25 10:54:00    Page 1 of 32

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**    | $115,620.64 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    2,093,724.00 - 0.00 = ....    | $2,093,724.00 |

face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**    | $2,093,724.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Inventory** **Cost basis is $3,150,000,** **market value based on** **20% margin on cost** | | $3,150,000.00 | | $3,150,185.00 |

22. **Other inventory or supplies**

23. **Total of Part 5.**    | $3,150,185.00 |

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Misc. office furniture | **$0.00** | | **$6,800.00** |
| 40. **Office fixtures** <br> Office fixtures | **$0.00** | | **$3,500.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Misc. office equipment | **$0.00** | | **$9,900.00** |
| See Attachment | **$0.00** | | **$64,450.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

   | | $84,650.00 |
   |---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

Case: 25-40140    Doc# 61    Filed: 03/06/25    Entered: 03/06/25 10:54:00    Page 3 of 32

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2019 Honda CR-V LX**<br>**2HKRW6H31KH228936**<br>**Located in Woburn MA** | **$0.00** | | **$17,091.00** |
| 47.2. **2024 Mercedes Benz Sprinter M2CA4S**<br>**W1Y4KBHY8RT185195**<br>**Located in Woburn MA** | **$0.00** | | **$40,259.00** |
| 47.3. **See attachment for additional vehicles** | **$0.00** | | **$209,410.00** |
| 47.4. **Forklifts, pickers and racking** | **$0.00** | | **$35,000.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**

**51.** **Total of Part 8.**       | **$301,760.00** |
Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Case: 25-40140   Doc# 61   Filed: 03/06/25   Entered: 03/06/25 10:54:00   Page 4 of 32

| 55.1. | See Schedule G for real property leases | | $0.00 | | $0.00 |

---

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** www.decorativeplumbing.com | $0.00 | | $1,000.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** Customer list | $0.00 | | $0.00 |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $1,000.00 |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.**  **Notes receivable**
Description (include name of obligor)
**Loan owed by Shapes Supply, LLC. Loan amount is $1,395,000. Shapes Supply, LLC likely filing Chapter 11 and the expected distribution to unsecured creditors is currently unknown.  Market value of receivable likely not greater than 20% of face value.**

**1,395,000.00** - **1,116,000.00** =
Total face amount          doubtful or uncollectible amount

**$279,000.00**

**72.**  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**  **Interests in insurance policies or annuities**

**General liability through Middlesex Insurance Company**                **$0.00**

**Business property insurance through MIddlesex Insurance Co.**                **$0.00**

**74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**  **Trusts, equitable or future interests in property**

**77.**  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Claim against PIRCH Inc. debtor in bankruptcy pending in the S.Dist. of Cal, case number 24-10376 POC claim 797-2 filed on 8/28/2024.  Face amount of POC is $695,916.47.  Fair market value unknown**                **Unknown**

**78.**  **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                **$279,000.00**

**79.**  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Case: 25-40140   Doc# 61   Filed: 03/06/25   Entered: 03/06/25 10:54:00   Page 6 of 32

Debtor **Decorative Plumbing Distributors, LLC**
Name

Case number *(If known)* **25-40140**

---

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $480,722.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $115,620.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,093,724.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,150,185.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $84,650.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $301,760.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $279,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,506,662.26 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,506,662.26 |

---

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 7

| Warehouse | Item | Details |
|---|---|---|
| Livermore | Racking | Salvage value, when dismantled |
| Livermore | Raymond Order Picker | EASi-OPC3OTT, SN EASi-04-AK355515 |
| Livermore | Raymond Order Picker | EASi-OPC3OTT, SN EASi-94-AE10367 |
| Livermore | Forklift | Yale GLC040VXNVSE085 SN A910V15654H |
| Garden Grove | Racking | Salvage value, when dismantled |
| Garden Grove | Raymond Order Picker | EASi-OPC3OTT2, SN EASi-97-AE18139 |
| Garden Grove | Toyota Forklift | 8FGGCU25, SN 27049 |
| Woburn | Racking | Salvage value, when dismantled |
| Woburn | Forklift | |
| Woburn | Forklift | |
| Arizona | Forklift | MAY BE SOLD |
| Arizona | Racking | MAY BE SOLD |
| Arizona | Raymond Order Picker | MAY BE SOLD |
| | | |
| | | |
| | | |
| | | |
| | | |

| Market Value | Loan |
|---:|---|
| $3,500.00 | None |
| $13,950.00 | None |
| $13,950.00 | None |
| $5,950.00 | None |
| $2,400.00 | None |
| $13,950.00 | None |
| $9,500.00 | None |
| $750.00 | None |
| | None |
| | None |
| | None |
| $500.00 | None |
| | None |
| | |
| | |
| | |
| | |
| | |

| Year | Make | Model | VIN | Garaging City | Garaging State | Value |
|------|------|-------|-----|---------------|----------------|-------|
| 2013 | Freightliner | M2 | 1FVACWDT6DHFA8843 | Fremont | CA | $ 29,995.00 |
| 2017 | HONDA | HR-V | 3CZRU5H75HM726062 | Fremont | CA | $ 8,603.00 |
| 2012 | ISUZU | NPR HD | JALC4W169C7002184 | Fremont | CA | $ 22,995.00 |
| 2018 | FREIGHTLINER | M2 | 3ALACWFC6JDJV8906 | Garden Grove | CA | $ 42,995.00 |
| 2018 | HONDA | HR-V | 3CZRU6H75JM709404 | Fremont | CA | $ 9,727.00 |
| 2018 | HONDA | HR-V | 3CZRU6H73JM731336 | Fremont | CA | $ 9,760.00 |
| 2015 | ISUZU | NPR HD | JALC4W168F7003587 | Garden Grove | CA | $ 20,995.00 |
| 2016 | CHEVROLET | SUBURBAN | 1GNSKHKC5GR172725 | Park City | UT | $ 15,923.00 |
| 2017 | ISUZU | NPR | JALE5J167H7901612 | Fremont | CA | $ 15,995.00 |
| 2020 | MERCEDES-BENZ | SPRINTER 2500 | W1W40BHYXLT033506 | Fremont | CA | $ 20,842.00 |
| 2013 | Mercedes-Benz | Sprinter 2500 | WD3PE7CC7D5759892 | Garden Grove | CA | $ 11,580.00 |
| 2024 | Freightliner | M2 106 | 3ALACWFC7RDUW8638 | Livermore | CA | Lease |
| 2022 | Chevrolet | LCF 4500HD | JALCDW160N7013531 | Phoenix | AZ | Lease |

Debtor name **Decorative Plumbing Distributors, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **25-40140**

■ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  Gross receipts | $22,716,429.00 |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  Gross receipts | $24,025,396.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **See Attachment** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bilt Distribution LLC** <br><br> **Entity owned by Anne and Bill Butler** | **3/1/2024, 3/13/2024, Various past 12 months** | **$23,700.00** | **short term loans to related entities that have been repaid** |
| 4.2. **Pappas Piping Services, Inc.** <br><br> **Company owned by Bill and Anne Bulter** | **9/5/2024** | **$40,000.00** | **short term loans to related entities that have been repaid** |
| 4.3. **Shapes Supply, LLC** <br><br> **Company owned by Bill and Anne Bulter** | **Various from 2/2/2024 to 8/23/2024** | **$222,529.83** | **short term loans to related entities that have been repaid** |
| 4.4. **William Bulter** <br><br> **Owner** | **6/17/2024, 7/1/2024, 9/4/2024, 9/17/2024, 9/18/2024** | **$109,850.00** | **Loan repayments** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Case: 25-40140   Doc# 61   Filed: 03/06/25   Entered: 03/06/25 10:54:00   Page 12 of 32

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **First Industrial, LP v. Decorative Plumbing Distributors, LLC**<br>**22CV013825** | **unlawful detainer June 16, 2023 bank levy served on First Republic Bank which would have satisfied judgment. Settlement Agreement** | **California Superior Court, Alameda Cnty Hayward Hall of Justice Hayward, CA 94544** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Samson MCA LLC v. Decorative Plumbing Distributors LLC,; WMCO LLC; BILT Distribution, LLC Shapes Supply Co and William and Anne Bulter** | **Complaint for money owed** | **Supreme Court of State of New York,<br>Erie County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Case: 25-40140    Doc# 61    Filed: 03/06/25    Entered: 03/06/25 10:54:00    Page 13 of 32

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kornfield Nyberg Bendes Kuhner & Little** **1970 Broadway, Suite 600 Oakland, CA 94612** | **$70,000 retainer, $1,738 filing fee** | **January 12, 2025** | **$70,000.00** |
| | Email or website address **www.kornfieldlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

□ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Live Oak Bank** | **Payoff of loan through BofA refinancing** | **3/1/2024** | **$1,020,678.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **Bluevine Capital, Inc.** | **Payoff of loan through BofA refinance** | **3/1/2024** | **$47,582.00** |
| | Relationship to debtor **None** | | | |
| 13.3. | **Bankers Healthcare Group LLC** | **Payoff of loan through BofA refinance** | **3/1/2024** | **$210,326.00** |
| | Relationship to debtor **None** | | | |
| 13.4. | **Greylock Holdings** | **Payoff of loan through BofA refinancing** | **3/1/2024** | **$1,084,440.83** |
| | Relationship to debtor **None** | | | |

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
|  |  |  |  |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Case: 25-40140    Doc# 61    Filed: 03/06/25    Entered: 03/06/25 10:54:00    Page 15 of 32

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Case: 25-40140    Doc# 61    Filed: 03/06/25    Entered: 03/06/25 10:54:00    Page 16 of 32

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William & Anne Butler | 730 Mora Dr. Los Altos, CA 94024 | | Anne Butler 51% interest; William Butler 49% interest |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Case: 25-40140    Doc# 61    Filed: 03/06/25    Entered: 03/06/25 10:54:00    Page 17 of 32

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**2/28/2025**___

___**/s/ Anne Butler**___                              ___**Anne Butler**___
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

**Decorative Plumbing Distributors LLC 90 Day Payments By Vendor**

| | | |
|---|---|---|
| **41841 ALBRAE, LLC** | **$** | **11,000.00** |
| 12/31/2024 | $ | 11,000.00 |
| **ACCEPT.BLUE** | **$** | **38.65** |
| 12/1/2024 | $ | 19.40 |
| 1/3/2025 | $ | 19.25 |
| **ACO, INC.** | **$** | **1,029.80** |
| 11/20/2024 | $ | 1,029.80 |
| **ALLY** | **$** | **7,173.23** |
| 11/1/2024 | $ | 1,076.33 |
| 11/13/2024 | $ | 900.00 |
| 12/1/2024 | $ | 1,076.33 |
| 12/12/2024 | $ | 900.00 |
| 12/13/2024 | $ | 1,072.12 |
| 1/8/2025 | $ | 1,076.33 |
| 1/13/2025 | $ | 1,072.12 |
| **ALNO, INC.** | **$** | **294.84** |
| 11/20/2024 | $ | 294.84 |
| **AMBER BLOOM** | **$** | **60.00** |
| 1/22/2025 | $ | 60.00 |
| **AMERICH CORP.** | **$** | **1,342.00** |
| 11/12/2024 | $ | 1,342.00 |
| **AS AMERICA INC** | **$** | **54,769.61** |
| 11/6/2024 | $ | 4,415.66 |
| 11/12/2024 | $ | 4,707.64 |
| 11/26/2024 | $ | 8,756.63 |
| 12/10/2024 | $ | 6,939.96 |
| 1/2/2025 | $ | 29,949.72 |
| **BACKD** | **$** | **122,551.25** |
| 10/31/2024 | $ | 10,858.97 |
| 11/7/2024 | $ | 18,615.38 |
| 11/14/2024 | $ | 18,615.38 |
| 11/21/2024 | $ | 18,615.38 |
| 11/29/2024 | $ | 18,615.38 |
| 12/5/2024 | $ | 18,615.38 |
| 12/12/2024 | $ | 18,615.38 |
| **BANK OF AMERICA** | **$** | **81,915.29** |
| 10/28/2024 | $ | 23,397.08 |
| 11/4/2024 | $ | 16.00 |
| 11/5/2024 | $ | 19.15 |
| 11/15/2024 | $ | 4,143.97 |
| 11/29/2024 | $ | 23,514.35 |
| 12/2/2024 | $ | 457.76 |

| | | |
|---|---|---|
| 12/16/2024 | $ | 3,567.36 |
| 12/30/2024 | $ | 22,258.24 |
| 1/15/2025 | $ | 4,541.38 |
| **BANK OF AMERICA - GLOBAL CC** | **$** | **321,872.76** |
| 11/5/2024 | $ | 64,313.12 |
| 11/19/2024 | $ | 57,187.36 |
| 12/10/2024 | $ | 20,000.00 |
| 12/17/2024 | $ | 30,000.00 |
| 1/2/2025 | $ | 40,992.24 |
| 1/16/2025 | $ | 109,380.04 |
| **BELWITH KEELER** | **$** | **1,395.04** |
| 11/20/2024 | $ | 1,160.07 |
| 1/17/2025 | $ | 234.97 |
| **BILLFIRE** | **$** | **729.06** |
| 11/13/2024 | $ | 729.06 |
| **BILT DISTRIBUTION** | **$** | **500.00** |
| 10/28/2024 | $ | 500.00 |
| **BILT SURFACES, LLC** | **$** | **6,000.00** |
| 1/12/2025 | $ | 6,000.00 |
| **BLANCO AMERICA** | **$** | **45,111.25** |
| 11/4/2024 | $ | 10,040.24 |
| 11/14/2024 | $ | 5,403.75 |
| 12/16/2024 | $ | 20,067.84 |
| 12/24/2024 | $ | 9,599.42 |
| **BLUE APPLE CONSTRUCTION** | **$** | **195.00** |
| 11/20/2024 | $ | 195.00 |
| **BOCCHI** | **$** | **6,652.23** |
| 11/20/2024 | $ | 6,652.23 |
| **BRAVO AFFILIATES, LLC** | **$** | **-** |
| 12/28/2024 | $ | - |
| **BRIZO** | **$** | **173,617.95** |
| 10/28/2024 | $ | 9,779.40 |
| 11/14/2024 | $ | 3,290.61 |
| 11/19/2024 | $ | 43,858.35 |
| 11/25/2024 | $ | 36,679.43 |
| 12/11/2024 | $ | 22,987.80 |
| 12/19/2024 | $ | 29,639.65 |
| 12/30/2024 | $ | 27,382.71 |
| **CALIFORNIA DEPT OF TAX & FE** | **$** | **19,745.00** |
| 11/1/2024 | $ | 19,745.00 |
| **CAPITAL ONE** | **$** | **128,994.32** |
| 11/4/2024 | $ | 72,844.42 |
| 12/11/2024 | $ | 10,000.00 |
| 12/16/2024 | $ | 41,149.90 |

| | | |
|---|---|---|
| 12/30/2024 | $ | 5,000.00 |
| 1/20/2025 | $ | - |
| **CARLOS DENIZ** | **$** | **18.58** |
| 1/17/2025 | $ | 18.58 |
| **CHASE BANK** | **$** | **1,581.40** |
| 11/15/2024 | $ | 331.78 |
| 11/29/2024 | $ | 15.00 |
| 12/16/2024 | $ | 297.25 |
| 12/27/2024 | $ | 34.00 |
| 12/31/2024 | $ | 15.00 |
| 1/3/2025 | $ | 506.38 |
| 1/15/2025 | $ | 381.99 |
| **CHEVIOT PRODUCTS** | **$** | **939.14** |
| 11/20/2024 | $ | 397.93 |
| 1/17/2025 | $ | 541.21 |
| **CITY OF PHOENIX** | **$** | **96.00** |
| 11/20/2024 | $ | 96.00 |
| **COMMERCE TECHNOLOGIES, LLC** | **$** | **230.00** |
| 11/15/2024 | $ | 65.00 |
| 12/16/2024 | $ | 65.00 |
| 1/16/2025 | $ | 100.00 |
| **DAWN KITCHEN & BATH PRODUCT** | **$** | **8,448.57** |
| 11/20/2024 | $ | 8,448.57 |
| **DELTA FOCUS** | **$** | **69,084.80** |
| 10/28/2024 | $ | 16,246.92 |
| 11/8/2024 | $ | 5,267.06 |
| 11/14/2024 | $ | 1,083.11 |
| 11/19/2024 | $ | 17,530.78 |
| 11/25/2024 | $ | 5,317.77 |
| 12/11/2024 | $ | 8,906.82 |
| 12/19/2024 | $ | 10,076.04 |
| 12/30/2024 | $ | 4,656.30 |
| **DORNBRACHT AG & CO** | **$** | **13,901.40** |
| 11/12/2024 | $ | 7,644.16 |
| 11/22/2024 | $ | 2,154.78 |
| 12/10/2024 | $ | 2,499.07 |
| 1/7/2025 | $ | 1,603.39 |
| **DRIP** | **$** | **633,035.10** |
| 10/30/2024 | $ | 63,314.34 |
| 10/31/2024 | $ | 40,664.00 |
| 11/4/2024 | $ | 16,518.56 |
| 11/6/2024 | $ | 148,458.60 |
| 11/13/2024 | $ | 113,631.45 |
| 11/14/2024 | $ | 7,076.84 |

| Date | Amount |
|---|---|
| 11/18/2024 | $ 74,956.22 |
| 11/19/2024 | $ 7,550.16 |
| 11/20/2024 | $ 45,465.43 |
| 11/21/2024 | $ 38,060.67 |
| 11/25/2024 | $ 10,359.35 |
| 11/26/2024 | $ 57,225.27 |
| 12/9/2024 | $ 9,754.21 |
| **DURAVIT USA** | **$ 48,592.14** |
| 11/4/2024 | $ 18,885.70 |
| 11/12/2024 | $ 14,925.17 |
| 12/12/2024 | $ 14,781.27 |
| **EDOS MANUFACTURES' REP** | **$ 9,037.93** |
| 11/20/2024 | $ 9,037.93 |
| **ERIC FIROOZ** | **$ 4,766.61** |
| 11/15/2024 | $ 1,038.85 |
| 12/17/2024 | $ 924.60 |
| 1/5/2025 | $ 377.71 |
| 1/17/2025 | $ 2,425.45 |
| **EVERSOURCE** | **$ 778.39** |
| 11/14/2024 | $ 239.37 |
| 12/16/2024 | $ 269.00 |
| 12/29/2024 | $ 270.02 |
| **FGI INDUSTRIES, INC** | **$ 1,802.19** |
| 11/20/2024 | $ 1,472.39 |
| 1/17/2025 | $ 329.80 |
| **FIBO AS** | **$ -** |
| 11/6/2024 | $ - |
| 1/20/2025 | $ - |
| **FIRE PROTECTION SPECIALISTS** | **$ 608.17** |
| 11/20/2024 | $ 608.17 |
| **FLEURCO-US, INC.** | **$ 27,308.04** |
| 12/3/2024 | $ 14,722.75 |
| 12/11/2024 | $ 12,585.29 |
| **FLYERS ENERGY LLC** | **$ 23,715.32** |
| 10/31/2024 | $ 4,327.23 |
| 11/1/2024 | $ 4,121.56 |
| 11/15/2024 | $ 3,346.90 |
| 11/30/2024 | $ 3,012.13 |
| 1/2/2025 | $ 3,408.80 |
| 1/10/2025 | $ 2,495.40 |
| 1/22/2025 | $ 3,003.30 |
| **FRANKE KITCHEN SYSTEMS, LLC** | **$ 7,845.07** |
| 1/2/2025 | $ 7,845.07 |
| **FREDERICK HOPWOOD** | **$ 13,088.25** |

| Date | Amount |
|------|--------|
| 11/1/2024 | $ 5,204.75 |
| 12/3/2024 | $ 4,281.00 |
| 1/1/2025 | $ 3,602.50 |
| **GB AUTO SERVICE, INC** | **$ 35.00** |
| 1/17/2025 | $ 35.00 |
| **GLOBAL FINANCIAL SERVICES** | **$ 666.82** |
| 12/30/2024 | $ 666.82 |
| **HANSGROHE INC.** | **$ 139,652.64** |
| 11/5/2024 | $ 11,785.20 |
| 11/12/2024 | $ 25,810.97 |
| 11/19/2024 | $ 20,741.79 |
| 12/11/2024 | $ 29,265.30 |
| 12/19/2024 | $ 52,049.38 |
| **HASTINGS** | **$ 96,076.00** |
| 11/4/2024 | $ 9,433.48 |
| 11/9/2024 | $ 1,650.89 |
| 11/27/2024 | $ 15,994.86 |
| 12/3/2024 | $ 35,166.36 |
| 12/12/2024 | $ 6,060.38 |
| 12/16/2024 | $ 2,978.04 |
| 12/18/2024 | $ 2,756.38 |
| 12/19/2024 | $ 4,272.56 |
| 12/20/2024 | $ 4,014.62 |
| 1/7/2025 | $ 247.22 |
| 1/10/2025 | $ 430.03 |
| 1/16/2025 | $ 285.28 |
| 1/20/2025 | $ - |
| 1/22/2025 | $ 12,785.90 |
| **HELEN GARBER** | **$ 2,513.84** |
| 1/5/2025 | $ 2,513.84 |
| **HONDA FINANCIAL SERVICES** | **$ 1,466.28** |
| 11/25/2024 | $ 488.76 |
| 12/24/2024 | $ 488.76 |
| 1/23/2025 | $ 488.76 |
| **House of Remodeling** | **$ 4,173.01** |
| 1/17/2025 | $ 4,173.01 |
| **ICERA USA** | **$ 53,289.65** |
| 11/15/2024 | $ 22,943.22 |
| 11/20/2024 | $ 11,917.14 |
| 12/24/2024 | $ 18,429.29 |
| **IDEA 247, INC** | **$ 36,210.26** |
| 10/28/2024 | $ 12,243.34 |
| 11/26/2024 | $ 12,243.34 |
| 12/26/2024 | $ 11,723.58 |

| | | |
|---|---|---:|
| **IN2AQUA** | $ | **2,070.20** |
| 11/15/2024 | $ | 1,113.81 |
| 12/17/2024 | $ | 834.89 |
| 1/13/2025 | $ | 121.50 |
| **INFINITY DRAIN** | $ | **5,818.54** |
| 12/27/2024 | $ | 5,818.54 |
| **INNOVO** | $ | **3,585.00** |
| 11/1/2024 | $ | 3,585.00 |
| **INSPERITY** | $ | **3,205.12** |
| 11/14/2024 | $ | 3,205.12 |
| **JOEANNA DOMINGUEZ** | $ | **30.00** |
| 1/22/2025 | $ | 30.00 |
| **JÖRGER ARMATUREN UND ACCESS** | $ | **67,435.48** |
| 11/12/2024 | $ | 14,062.09 |
| 11/13/2024 | $ | 14,535.18 |
| 12/11/2024 | $ | 21,932.34 |
| 12/19/2024 | $ | 16,905.87 |
| **JULIEN** | $ | **345.00** |
| 11/20/2024 | $ | 345.00 |
| **KAIZON SOLUTIONS - B1** | $ | **3,720.00** |
| 11/1/2024 | $ | 1,240.00 |
| 12/1/2024 | $ | 345.00 |
| 12/3/2024 | $ | 895.00 |
| 1/3/2025 | $ | 1,240.00 |
| **KORNFIELD NYBERG,BENDES,KUH** | $ | **71,738.00** |
| 1/12/2025 | $ | 71,738.00 |
| **KRISTINA ITAMERI-KINTER** | $ | **150.00** |
| 1/22/2025 | $ | 150.00 |
| **LA COSTA CABINETS & DESIGN** | $ | **168.56** |
| 1/17/2025 | $ | 168.56 |
| **LAURA GUNDRY** | $ | **1,464.75** |
| 11/1/2024 | $ | 560.25 |
| 12/3/2024 | $ | 627.75 |
| 1/7/2025 | $ | 276.75 |
| **LEAF CAPITAL FUNDING** | $ | **29,963.52** |
| 11/20/2024 | $ | 14,981.76 |
| 12/20/2024 | $ | 14,981.76 |
| **MARGARET GRIFFITH FAMILY TR** | $ | **76,329.78** |
| 11/1/2024 | $ | 25,443.26 |
| 12/3/2024 | $ | 25,443.26 |
| 1/1/2025 | $ | 25,443.26 |
| **MARK SALINAS** | $ | **302.82** |
| 12/11/2024 | $ | 302.82 |
| **MARLIN LEASING/ WEBBANK** | $ | **31,984.59** |

| Date | | Amount |
|---|---|---|
| 10/28/2024 | $ | 2,907.69 |
| 11/4/2024 | $ | 2,907.69 |
| 11/12/2024 | $ | 2,907.69 |
| 11/18/2024 | $ | 2,907.69 |
| 11/25/2024 | $ | 2,907.69 |
| 12/3/2024 | $ | 2,907.69 |
| 12/9/2024 | $ | 2,907.69 |
| 12/16/2024 | $ | 2,907.69 |
| 12/23/2024 | $ | 2,907.69 |
| 12/30/2024 | $ | 2,907.69 |
| 1/6/2025 | $ | 2,907.69 |
| **Marlon Diaz** | **$** | **1,464.20** |
| 1/17/2025 | $ | 1,464.20 |
| **MATTHEW RICH** | **$** | **4,000.00** |
| 1/24/2025 | $ | 4,000.00 |
| **MERCEDES-BENZ FINANCIAL SER** | **$** | **5,479.57** |
| 11/13/2024 | $ | 1,072.12 |
| 11/15/2024 | $ | 1,469.15 |
| 12/13/2024 | $ | 1,469.15 |
| 1/15/2025 | $ | 1,469.15 |
| **MI CAMP** | **$** | **14,927.99** |
| 11/4/2024 | $ | 3,474.32 |
| 12/3/2024 | $ | 4,017.17 |
| 1/3/2025 | $ | 7,436.50 |
| **NATIONAL GRID** | **$** | **1,514.09** |
| 12/10/2024 | $ | 132.55 |
| 1/4/2025 | $ | 1,381.54 |
| **NATIVE TRAILS** | **$** | **23,911.04** |
| 11/12/2024 | $ | 6,728.93 |
| 11/26/2024 | $ | 7,616.77 |
| 12/17/2024 | $ | 9,565.34 |
| **NEW ENGLAND IT RESOURCES** | **$** | **600.00** |
| 11/20/2024 | $ | 200.00 |
| 1/17/2025 | $ | 400.00 |
| **OAKVILLE STAMPING & BENDING** | **$** | **104.64** |
| 1/17/2025 | $ | 104.64 |
| **PACIFIC COAST PROPANE LLC** | **$** | **54.00** |
| 11/20/2024 | $ | 54.00 |
| **PACIFIC GAS & ELECTRIC CO.** | **$** | **10,312.09** |
| 10/30/2024 | $ | 3,249.80 |
| 11/27/2024 | $ | 2,839.05 |
| 1/2/2025 | $ | 4,223.24 |
| **PAY.GOV** | **$** | **9,750.00** |
| 11/8/2024 | $ | 3,250.00 |

| | | |
|---|---|---|
| 12/9/2024 | $ | 3,250.00 |
| 1/8/2025 | $ | 3,250.00 |
| **PHILIP LEE** | **$** | **473.77** |
| 11/20/2024 | $ | 23.72 |
| 1/17/2025 | $ | 450.05 |
| **PHYLRICH** | **$** | **43,286.66** |
| 11/14/2024 | $ | 19,927.24 |
| 12/16/2024 | $ | 17,103.19 |
| 12/18/2024 | $ | 6,256.23 |
| **PITNEY BOWES BANK INC.** | **$** | **406.02** |
| 1/2/2025 | $ | 206.02 |
| 1/5/2025 | $ | 200.00 |
| **PRODUITS NEPTUNE** | **$** | **2,430.88** |
| 11/20/2024 | $ | 2,430.88 |
| **Repcor** | **$** | **-** |
| 1/20/2025 | $ | - |
| **RESTREPO CLEANING CORP** | **$** | **737.50** |
| 11/20/2024 | $ | 295.00 |
| 1/17/2025 | $ | 442.50 |
| **ROBERN INC** | **$** | **56,259.97** |
| 11/12/2024 | $ | 24,887.43 |
| 11/26/2024 | $ | 11,659.76 |
| 12/6/2024 | $ | 8,589.86 |
| 12/11/2024 | $ | 11,122.92 |
| **ROCA BATHROOM PRODUCTS INC** | **$** | **137.37** |
| 11/13/2024 | $ | 137.37 |
| **Rocky Elsalaymeh** | **$** | **2,091.70** |
| 1/1/2025 | $ | 2,091.70 |
| **ROHL LLC** | **$** | **122,197.58** |
| 10/28/2024 | $ | 20,823.65 |
| 11/14/2024 | $ | 12,317.81 |
| 11/25/2024 | $ | 28,503.34 |
| 12/10/2024 | $ | 22,202.04 |
| 12/11/2024 | $ | 8,303.71 |
| 12/17/2024 | $ | 14,183.48 |
| 12/27/2024 | $ | 15,863.55 |
| **ROSS EXPRESS** | **$** | **467.50** |
| 11/20/2024 | $ | 467.50 |
| **RYDER TRANSPORTATION SERVIC** | **$** | **47,814.25** |
| 10/31/2024 | $ | 449.21 |
| 11/7/2024 | $ | 1,165.00 |
| 11/11/2024 | $ | 4,749.26 |
| 11/14/2024 | $ | 953.67 |
| 11/15/2024 | $ | 5,521.65 |

| | | |
|---|---|---:|
| 11/21/2024 | $ | 391.84 |
| 11/28/2024 | $ | 10,279.37 |
| 12/4/2024 | $ | 2,269.33 |
| 12/5/2024 | $ | 2,021.24 |
| 12/9/2024 | $ | 12.97 |
| 12/12/2024 | $ | 3,055.85 |
| 12/14/2024 | $ | 4,623.57 |
| 12/16/2024 | $ | 1,552.71 |
| 12/23/2024 | $ | 69.21 |
| 12/30/2024 | $ | 2,548.44 |
| 1/6/2025 | $ | 4,602.74 |
| 1/13/2025 | $ | 3,548.19 |
| **SAMSON MCA LLC** | **$** | **280,355.00** |
| 10/31/2024 | $ | 23,250.00 |
| 11/1/2024 | $ | 16,320.00 |
| 11/6/2024 | $ | 16,320.00 |
| 11/7/2024 | $ | 23,250.00 |
| 11/14/2024 | $ | 23,250.00 |
| 11/15/2024 | $ | 16,320.00 |
| 11/21/2024 | $ | 39,570.00 |
| 11/29/2024 | $ | 23,250.00 |
| 12/2/2024 | $ | 16,320.00 |
| 12/5/2024 | $ | 23,250.00 |
| 12/6/2024 | $ | 16,320.00 |
| 12/12/2024 | $ | 23,250.00 |
| 12/13/2024 | $ | 16,320.00 |
| 12/26/2024 | $ | 3,365.00 |
| **SAUNA360 INC.** | **$** | **580.83** |
| 11/20/2024 | $ | 580.83 |
| **SENTRY INSURANCE** | **$** | **27,326.28** |
| 11/1/2024 | $ | 11,742.01 |
| 12/2/2024 | $ | 13,389.45 |
| 1/2/2025 | $ | 2,194.82 |
| **SOUTHERN CALIFORNIA EDISON** | **$** | **2,948.71** |
| 11/5/2024 | $ | 716.54 |
| 12/4/2024 | $ | 735.71 |
| 1/2/2025 | $ | 772.02 |
| 1/21/2025 | $ | 724.44 |
| **TAYLOR INDUSTRIES/TERE-STON** | **$** | **1,226.31** |
| 11/20/2024 | $ | 1,226.31 |
| **TEE VAX** | **$** | **214.50** |
| 1/17/2025 | $ | 214.50 |
| **THE CHICAGO FAUCET CO.** | **$** | **6,872.14** |
| 11/20/2024 | $ | 6,872.14 |

| | | |
|---|---|---|
| **THE CIERI GROUP LLC** | $ | **39,336.54** |
| 11/13/2024 | $ | 13,112.18 |
| 12/11/2024 | $ | 13,112.18 |
| 1/13/2025 | $ | 13,112.18 |
| **THE SWAN CORPORATION** | $ | **3,672.97** |
| 11/20/2024 | $ | 3,672.97 |
| **THERESA DELACERDA** | $ | **20.00** |
| 1/17/2025 | $ | 20.00 |
| **TOTO** | $ | **411,954.71** |
| 11/5/2024 | $ | 20,121.43 |
| 11/6/2024 | $ | - |
| 11/8/2024 | $ | 3,668.82 |
| 11/12/2024 | $ | 24,215.25 |
| 11/14/2024 | $ | - |
| 11/15/2024 | $ | 30,015.76 |
| 11/19/2024 | $ | - |
| 11/22/2024 | $ | 35,454.33 |
| 11/26/2024 | $ | 29,665.62 |
| 1/24/2025 | $ | 268,813.50 |
| **U-HAUL** | $ | **338.36** |
| 11/20/2024 | $ | 207.38 |
| 1/17/2025 | $ | 130.98 |
| **UKINOX USA KITCHEN SYSTEMS,** | $ | **1,009.38** |
| 11/20/2024 | $ | 1,009.38 |
| **US BANK EQUIPMENT FINANCE** | $ | **408.73** |
| 11/4/2024 | $ | 408.73 |
| **VINCENT RODRIGUEZ** | $ | **7,682.26** |
| 11/1/2024 | $ | 1,060.65 |
| 11/15/2024 | $ | 446.64 |
| 12/17/2024 | $ | 446.64 |
| 1/5/2025 | $ | 2,281.81 |
| 1/17/2025 | $ | 3,446.52 |
| **WATERSTONE FAUCETS** | $ | **33,433.67** |
| 11/12/2024 | $ | 8,284.62 |
| 11/20/2024 | $ | 10,150.77 |
| 12/12/2024 | $ | 10,473.76 |
| 1/3/2025 | $ | 4,524.52 |
| **ZERION GROUP** | $ | **1,572.50** |
| 11/15/2024 | $ | 1,295.00 |
| 12/31/2024 | $ | 277.50 |
| **ZIMMERMAN PROPERTIES, INC.** | $ | **32,195.20** |
| 11/4/2024 | $ | 10,695.55 |
| 12/2/2024 | $ | 10,758.24 |
| 1/7/2025 | $ | 10,741.41 |

| Grand Total | $ 3,681,828.15 |
| --- | --- |

**DECORATIVE PLUMBING DISTRIBUTORS, LLC**
**SUPPLEMENT TO STATEMENT OF FINANCIAL AFFAIRS, PART 2 QUESTION 3**
The following transactions were ommitted from the attachment, updated 90 day totals are included

| Trans | Creditor/vendor | Payment Date | Amount | Updated 90 Day Payment Total |
|-------|-----------------|--------------|--------|------------------------------|
| ACH10 | BANK OF AMERICA | 1/28/2025 | $ 22,290.42 | $ 104,205.71 |
| ACH25 | BRIZO | 1/6/2025 | $ 28,598.51 | $ 202,216.46 |
| ACH45 | THE CIERI GROUP LLC | 1/17/2025 | $ 13,112.18 | $ 52,448.72 |
| 9088 | CRANBROOK REALTY INVESTMENT FUND | 1/1/2025 | $ 34,533.02 | $ 34,533.02 |
| ACH24 | DELTA FOCUS | 1/6/2025 | $ 20,088.97 | $ 89,173.77 |
| ACH4 | HASTINGS | 1/28/2025 | $ 7,664.23 | $ 103,740.23 |
| 8985 | US BANK EQUIPMENT FINANCE | 1/28/2025 | $ 382.71 | $ 791.44 |
| 8903 | RYDER TRANSPORTATION SERVIC | 1/20/2025 | $ 13.97 | $ 43,953.80 |
| ACH1 | RYDER TRANSPORTATION SERVIC | 1/27/2025 | $ 9.72 | |
| ACH2 | RYDER TRANSPORTATION SERVIC | 1/27/2025 | $ 30.66 | |
| ACH3 | RYDER TRANSPORTATION SERVIC | 1/27/2025 | $ (3,914.80) | |
| ACH120 | SHAPES SUPPLY, LLC | 1/23/2025 | $ 100,000.00 | $ 100,000.00 |
| 71655 | ANNE BUTLER | 1/27/2025 | $ 15,000.00 | $ 15,000.00 |

# United States Bankruptcy Court
## Northern District of California

In re __Decorative Plumbing Distributors, LLC_____  Case No. __25-40140__

_____Debtor(s)  Chapter __11__

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of __0__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date __2/28/2025_____  Signature __/s/ Anne Butler_____

**Anne Butler**

**Chief Executive Officer**

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

| In re | **Decorative Plumbing Distributors, LLC** | | Case No. | **25-40140** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# AMENDED AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedules A/B**
**Statement of Financial Affairs**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:    **2/28/2025**

**/s/ Chris Kuhner**
**Chris Kuhner 173291**
Attorney for Debtor(s)
**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
**1970 Broadway, Ste 600**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**