JESSICA M. SIMON – SBN 277581
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Blvd., 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jsimon@hrhlaw.com

Attorneys for Creditor,
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>DECORATIVE PLUMBING DISTRIBUTORS, LLC,<br><br>      Debtor, | Chapter 11<br><br>CASE NO. 25-40140-CN<br><br>**BANK OF AMERICA, N.A.'S NOTICE OF HEARING ON MOTION TO CONVERT**<br><br>(*Motion & Memorandum and Declarations of Cami Corkery and Jessica Simon filed concurrently herewith*)<br><br><u>Hearing</u><br>Date: August 15, 2025<br>Time: 11:00 a.m.<br>Ctrm: 215 or Via Zoom |

**TO THE DEBTOR, THE DEBTOR'S COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL OTHER PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN THAT** Creditor Bank of America, N.A. ("<u>Movant</u>") hereby moves the Honorable Court to convert the Chapter 11 bankruptcy case of the debtor Decorative Plumbing Distributors, LLC (the "<u>Debtor</u>"). The Motion will be heard on August 15, 2025, at 11:00 a.m., before the Honorable Charles Novack, Courtroom 215 of the above-entitled court located at 1300 Clay Street, Oakland, CA 94612. The Motion will be made upon the grounds that, among other things, there has been, and will continue to be, a substantial or continuing loss to, or diminution of, the estate and there is

no reasonable likelihood of rehabilitation, the Debtor has grossly mismanaged the estate, and the Debtor has engaged in the unauthorized use of cash collateral, warranting conversion at this time.

The Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities and Declaration of Cami Corkery, and upon all papers, records and documents, on file herein and upon evidence, oral and documentary, that may be presented at the hearing of the Motion.

**Counsel, parties, and other interested parties may attend in person in Courtroom 215 in Oakland, by Zoom video, or by Zoom telephone. Additional information is available on Judge Novack's Procedures page on the court's website, and information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Novack's Calendar on the court's website.**

<u>Opposition to Motion</u>. **Any opposition shall be filed and served on the initiating party at least 14 days prior to the scheduled hearing date. Any reply shall be filed and served at least 7 days prior to the scheduled hearing date.**

Dated: July 15, 2025          **HEMAR, ROUSSO & HEALD, LLP**

By: _/s/Jessica M. Simon_____
JESSICA M. SIMON
Attorneys for Creditor
BANK OF AMERICA, N.A.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA         )
COUNTY OF LOS ANGELES       )

      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, LLP ("the business"), 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

      I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

      On July 15, 2025, I served the following document described as: **NOTICE OF HEARING ON MOTION TO CONVERT** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

<u>X</u>    **To Be Served By The Court Via Notice Of Electronic Filing (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On July 15, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the attached SERVICE LIST.

<u>X</u>    **(By First Class Mail)** At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

<u>X</u>    **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 15, 2025, at Encino, California.

                                        /s/ *Mary Ann Granzow*
                                        MARY ANN GRANZOW

# SERVICE LIST

**Electronic Notice**

- **Jennifer Witherell Crastz**   jcrastz@hemar-rousso.com
- **David M. DeVito**   david.devito@usdoj.gov
- **Jonathan R. Doolittle**   john.doolittle@pillsburylaw.com
- **Max DuVal**   mduval@vedderprice.com
- **Thomas P. Griffin**   tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- **Chris D. Kuhner**   c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com
- **Randall P. Mroczynski**   rmroczynski@cookseylaw.com
- **Office of the U.S. Trustee/Oak**   USTPRegion17.OA.ECF@usdoj.gov
- **Julie H. Rome-Banks**   julie@bindermalter.com
- **David Shemano**   dshemano@shemanolaw.com
- **Phillip John Shine**   phillip.shine@usdoj.gov
- **Jessica M. Simon**   jsimon@hrhlaw.com
- **Jennifer C. Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**U.S. First Class Mail**

**Debtor**
Decorative Plumbing Distributors, LLC
Attn: Anne Butler, CEO
41841 Albrae Street
Fremont, CA 94538

**Debtor's Counsel**
Chris D. Kuhner
Kornfield Nyberg Bendes Kuhner & Little
1970 Broadway #600
Oakland, CA 94612

**United States Trustee**
Phillip John Shine
Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor
Suite #05-0153
San Francisco, CA 94102

*List of Creditors on Next Pages*

2

CERTIFICATE OF SERVICE

CREDITORS:

| | |
|---|---|
| ATMOS PROJECT LLC DBA MR STEAM<br>9410 S. LA CIENEGA BLVD.<br>INGLEWOOD, CA 90301 | Berkovitch & Bouskila PLLC<br>1545 U.S. 202, Suite101<br>Pomona, NY 10970 |
| August Business Finance, LLC<br>4853 Williams<br>Suite 111 Office G<br>Georgetown, TX 78633 | ICB&A<br>13680 NW Street, Suite 130<br>Fort Lauderdale, FL 33325 |
| BRIZO<br>DEPT. 78702<br>P.O. BOX 78000<br>DETROIT, MI 48278 | Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209 |
| DURAVIT<br>CUST ID # 5201004<br>2635 NORTH BERKELEY LAKE RD STE 100<br>DULUTH, GA 30096 | 41841 Albrae, LLC<br>41841 Albrae Street<br>Fremont, CA 94538 |
| EDOS MANUFACTURES' REP<br>8-B WEST STATE STREET<br>GRANBY, MA 01033 | ACCO ENGINEERED SYSTEMS<br>DEPT 1091910<br>PO BOX 847360<br>LOS ANGELES, CA 90084 |
| EPICOR<br>100 BEARD SAWMILL ROAD<br>SUITE 210<br>SHELTON, CT 06484 | ACO Polymer Products, Inc.<br>825 W. BEECHCRAFT ST.<br>CASA GRANDE, AZ 85122 |
| HANSGROHE<br>CUST NO# 1702<br>1490 BLUEGRASS LAKES PKWY<br>ALPHARETTA, GA 30004 | ALNO, INC.<br>13984 BALBOA BLVD<br>SYLMAR, CA 91342-1085 |
| LEAF CAPITAL FUNDING LLC<br>1720 A Crete Street<br>Moberly, MO 65270 | AMBER BLOOM<br>1401 O ST.<br>FOLSOM, CA 95763 |
| ROBERN<br>701 N. WILSON AVENUE<br>BRISTOL, PA 19007 | AS AMERICA INC<br>PO BOX 200401<br>PITTSBURGH, PA 15251-5134 |
| THE CHICAGO FAUCET CO.<br>DEPT. CH 16930<br>PALATINE, IL 60055-6930 | BAY ALARM COMPANY<br>ACCT# 1642822 - 2258222 (fire)<br>5130 COMMERCIAL CIRCLE<br>CONCORD, CA 94520 |
| William & Anne Butler<br>730 MORA DRIVE<br>LOS ALTOS, CA 94024 | |

3

CERTIFICATE OF SERVICE

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

| | |
|---|---|
| ESTES EXPRESS LINES<br>1634 S. 7TH STREET<br>ACCT# 0261013<br>SAN JOSE, CA 95112 | BELWITH KEELER<br>3100 Broadway Avenue SW<br>GRANDVILLE, MI 49418 |
| EWS (ENVIRONMENTAL WATER SYSTEMS)<br>5542 S FORT APACHE RD #110<br>LAS VEGAS, NV 89148-7691 | BLANCO AMERICA<br>PO BOX 536047<br>PITTSBURGH, PA 15253-5902 |
| FGI INDUSTRIES, INC<br>LOCKBOX #347734<br>PO BOX 347734<br>PITTSBURGH, PA 15250-4734 | BOCCHI<br>6590 SHILOH RD EAST<br>SUITE D<br>ALPHARETTA, GA 30005 |
| FLEURCO-US, INC.<br>9132 Norwalk Blvd<br>SANTA FE SPRINGS, CA 90670 | BRASSTECH<br>ACCT.# DEC011<br>2001 CARNEGIE AVE.<br>SANTA ANA, CA 92705-5531 |
| FRANKE CONSUMER PRODUCTS<br>600 FRANKE DR<br>RUSTON, LA 71270-7440 | BRUCE'S TIRE<br>2420 PRUNE AVENUE<br>FREMONT, CA 94539-6732 |
| GB AUTO SERVICE, INC<br>P.O. BOX 208942<br>DALLAS, TX 75320-8942 | CARLOS DENIZ<br>5369 CARNEGIE LOOP<br>LIVERMORE, CA 94550 |
| GENERIC REFUND<br>FREMONT, CA 94538 | CHEVIOT PRODUCTS<br>819 Seaborne Ave #1120<br>PORT COQUITLAM V3B 0N9<br>BC CANADA |
| GOLDEN STATE MATERIAL HANDLING<br>PO BOX 3013<br>UNION CITY, CA 94587 | CHICAGO FAUCET CO.<br>1100 BOONE DRIVE<br>MICHIGAN CITY, IN 46360 |
| HENRY C. LEVY, TAX COLLECTOR<br>ALAMEDA COUNTY<br>1221 OAK STREET<br>OAKLAND, CA 94612-4286 | COMMERCE TECHNOLOGIES, LLC<br>25736 NETWORK PLACE<br>CHICAGO, IL 60673-1257 |
| HYDRO SYSTEMS, INC.<br>29132 AVENUE PAINE<br>VALENCIA, CA 91355 | DAWN KITCHEN & BATH PRODUCTS INC.<br>ACCT# DPD4690<br>27688 INDUSTRIAL BLVD<br>HAYWARD, CA 94545 |
| ICERA<br>531 MAIN ST., UNIT 860<br>EL SEGUNDO, CA 90245 | DELTA FOCUS<br>DEPT 78702<br>PO BOX 78000<br>DETROIT, MI 48278 |
| IN2AQUA<br>PO BOX 103362<br>PASADENA, CA 91189 | DMV RENEWAL<br>P. O. BOX 942897<br>SACRAMENTO, CA 94294-0895 |

4
CERTIFICATE OF SERVICE

| | |
|---|---|
| DORNBRACHT AG & CO<br>PO BOX 1041<br>ACCT# 199308 & 199303<br>NEW YORK, NY 10268 | LIXIL WATER TECHNOLOGY - GROHE<br>1750 CENTRAL AVE<br>ROSELLE, IL 60172-1682 |
| INFINITY DRAIN<br>145 DIXON AVE<br>AMITYVILLE, NY 11701 | MARMITE SP Z O.O.<br>ul. Przemslowa 4, Zakrzewo<br>DOPIEWO 62-070<br>POLAND |
| INNOVO<br>2675 Northpark Drive<br>Suite 201<br>LAFAYETTE, CO 80026 | MERCEDES-BENZ FINANCIAL SERVICES<br>#5001697057001<br>PO BOX 5209<br>CAROL STREAM, IL 60197 |
| INSTOCK TODAY CABINETS<br>9208 ENTERPRISE CT<br>MANASSAS, VA 20111 | MOUNTAIN PLUMBING PRODUCTS<br>PO BOX 671659<br>DALLAS, TX 75267-1659 |
| J RGER ARMATUREN UND ACCESSOIRES<br>Seckenheimer Landstrasse 270-280<br>68163 MANNHEIM<br>GERMANY | NATIVE TRAILS<br>34 ZACA LANE<br>SAN LUIS OBISPO, CA 93401 |
| JEMBY ELECTRICAL<br>4468 TECHNOLOGY DRIVE<br>FREMONT, CA 94538 | NEW ENGLAND IT RESOURCES<br>1 BOXWOOD CIRCLE<br>MILFORD, NH 03055 |
| JOEANNA DOMINGUEZ<br>497 CROSSLEES DR<br>SAN JOSE, CA 95111 | NORDOPS, INC<br>36 BRAMBLE PATH<br>MARSTONS MILLS, MA 02648 |
| JULIEN<br>955 LACHANCE STREET<br>QUEBEC CITY G1P 2H3<br>CANADA | OAKVILLE STAMPING & BENDING LTD.<br>2200 SPEERS RD, UNIT C<br>OAKVILLE ON L6L 2XB<br>CANADA |
| KRISTINA ITAMERI-KINTER<br>458 MOULTON LANE<br>STOWE, VT 05672 | PACIFIC COAST PROPANE LLC<br>PO BOX 353<br>ONTARIO, CA 91762 |
| LAUFEN Bathrooms<br>7610 NE 4TH COURT<br>SUITE 104<br>MIAMI, FL 33138 | PANASONIC<br>2055 SANYO AVE<br>SAN DIEGO, CA 92154 |
| LEE JENNINGS TARGET EXPRESS INC.<br>1465 E. FRANKLIN AVE.<br>POMONA, CA 91766 | PHILIP LEE<br>2612 GELLERT CT<br>SO.SAN FRANCISCO, CA 94080 |
| | PHYLRICH<br>1261 LOGAN AVE<br>COSTA MESA, CA 92626 |

5
CERTIFICATE OF SERVICE

| | |
|---|---|
| R+L CARRIERS<br>600 GILLIAM ROAD<br>WILMINGTON, OH 45177 | SYS IT SERVICES<br>303 TWIN DOLPHIN DR SUITE 600<br>REDWOOD CITY, CA 94065 |
| RAYMOND HANDLING SOLUTIONS<br>9939 NORWALK BLVD.<br>SANTA FE SPRINGS, CA 90670 | TAYLOR INDUSTRIES/TERE-STONE<br>PO BOX 1060<br>PARKER FORD, PA 19457 |
| REPUBLIC SERVICES #916<br>ALAMEDA COUNTY<br>P.O. BOX 78829<br>PHOENIX, AZ 85062-8829 | THE CIERI GROUP LLC<br>329 WASHINGTON STREET<br>WOBURN, MA 01801 |
| RESTREPO CLEANING CORP<br>205 FERRY STREET #304<br>EVERETT, MA 02149 | THE ENGINEERED STONE GROUP<br>670 NORTH PRICE RD<br>SUGAR HILL, GA 30518 |
| ROCA BATHROOM PRODUCTS INC<br>11190 NW 25TH ST STE 110<br>DORAL, FL 33172 | THE SWAN CORPORATION<br>515 OLIVE STREET - SUITE 900<br>SAINT LOUIS, MO 63101 |
| ROHL LLC<br>CUST.# 7476<br>P.O. BOX 746939<br>ATLANTA, GA 30374-6939 | THE SWAN CORPORATION<br>PO BOX 207079<br>DALLAS, TX 75320-7079 |
| ROSS EXPRESS<br>PO BOX 8909<br>PENACOOK, NH 03303 | THERESA DELACERDA<br>295 S. 23RD STREET<br>SAN JOSE, CA 95116 |
| RYDER TRANSPORTATION SERVICE<br>LOCKBOX FILE 56347<br>LOS ANGELES, CA 90074-6347 | TOTO<br>1155 SOUTHERN ROAD<br>MORROW, GA 30260 |
| SAUNA360 INC.<br>575 E. Cokato Street<br>COKATO, MN 55321 | TRUMBULL INDUSTRIES INC.<br>PO BOX 6244<br>HERMITAGE, PA 16148-0922 |
| SENTRY INSURANCE<br>PO BOX 8048<br>STEVENS POINT, WI 54481-8048 | U-HAUL<br>PO BOX 52128<br>ACCT#744599212559<br>PHOENIX, AZ 85072-2128 |
| SMART JANITORIAL<br>645 N Eckhoff St. Suite J<br>ORANGE, CA 92868 | UKINOX USA KITCHEN SYSTEMS, INC.<br>5352 NW 35th AVE<br>FORT LAUDERDALE, FL 33309 |
| SPS COMMERCE INC.<br>PO BOX 205782<br>DALLAS, TX 75320-5782 | ULINE<br>PO BOX 88741<br>CHICAGO, IL 60680-1741 |
| SWAN CORPORATION - ONTARIO<br>1555 DUPONT AVE. SUITE E<br>ONTARIO, CA 91761-1403 | UNISHIPPERS<br>700 N VALLEY STREET<br>SUITE B<br>ANAHEIM, CA 92801 |

6
CERTIFICATE OF SERVICE

HEMAR, ROUSSO & HEALD, LLP<br>15910 VENTURA BOULEVARD, 12TH FLOOR<br>ENCINO, CA 91436<br>(818) 501-3800

| | |
|---|---|
| 1 | US BANK EQUIPMENT FINANCE<br>P.O. BOX 790448<br>SAINT LOUIS, MO 63179-0448<br><br>WATERSTONE FAUCETS<br>PO BOX 1240<br>TEMECULA, CA 92593<br><br>WESTERN PROPANE SERVICES<br>12600 WESTERN AVE<br>GARDEN GROVE, CA 92841<br><br>WOODPRO CABINETRY INC.<br>A DIV OF TWIN OAKS CUSTOM CABINETS<br>11587 GATEWAY DRIVE<br>NEOSHO, MO 64850<br><br>ZERION GROUP<br>PO Box 940411<br>MAITLAND, FL 32794<br><br>DRIP CAPITAL, INC.<br>1885 El Camino Real<br>Palo Alto, CA 94306<br><br>SAMSON MCA LLC<br>1545 Route 202, Suite 201<br>Pomona, NY 10970<br><br>U.S. Small Business Administration<br>Office of Processing & Disbursement<br>14925 Kingsport Road<br>Fort Worth, TX 76155<br><br>WebBank<br>c/o Marlin Leasing Corp. dba PEAC Soluti<br>300 Fellowship Rd<br>Mount Laurel, NJ 08054 | |

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800