JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Ally Bank

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 25-40140 CN |
| **Decorative Plumbing Distributors, LLC,** | § | |
| | § | Chapter: 11 |
| | § | |
| Debtor. | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

    PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Ally Bank in the above-referenced bankruptcy case.

    McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

    McCarthy & Holthus, LLP
    2763 Camino Del Rio South, Suite 100
    San Diego, CA 92108
    (877) 369-6122

    Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Ally Bank must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 8/22/2025                         McCarthy & Holthus, LLP

                                   By: /s/ Jennifer C. Wong
                                         Jennifer C. Wong, Esq.,
                                         Attorneys for Ally Bank