JESSICA M. SIMON – SBN 277581
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Blvd., 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jsimon@hrhlaw.com

Attorneys for Creditor,
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>DECORATIVE PLUMBING DISTRIBUTORS, LLC,<br><br>      Debtor, | Chapter 11<br><br>CASE NO. 25-40140-CN<br><br>**DECLARATION OF JESSICA SIMON REGARDING ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7**<br><br><u>Hearing Held:</u><br>Date: August 15, 2025<br>Time: 11:00 a.m.<br>Ctrm: 215 or Via Zoom |

I, JESSICA M. SIMON, declare and state as follows:

1. I am an attorney-at-law, duly licensed to practice before all Courts in the State of California. I am a Partner at the Law Offices of Hemar, Rousso & Heald, LLP, attorneys of record for Plaintiff herein, representing Bank of America, N.A. ("Movant") in the above-captioned case. As such I have personal knowledge of the within stated facts, and if called upon to testify, could and would testify competently thereto.

2. On August 15, 2025, a hearing on the Motion of Movant Bank of America, N.A. ("Movant") to Convert Chapter 11 Case to Chapter 7 (the "Motion") was held before this Court. During the hearing, the Court granted the Motion, with Movant to lodge the order thereon.

3. On August 15, 2025, I, on behalf of Movant, circulated a copy of the proposed Order (the "Order"), a copy of which is attached hereto as **Exhibit A**, to all parties-in-interest that responded to the Motion, including counsels to the debtor Decorative Plumbing Distributors, LLC (the "Debtor"), Leaf Capital Funding, LLC ("Leaf"), and Toto, USA, Inc. ("Toto"), to determine whether they would sign off as to form.

4. On August 18, 2025, Debtor's counsel sent his signature, signing off on the Order as to form. As of today's date, which is 7 days from the date of circulation of the Order, Movant has not received a response from counsel for Leaf or Toto. Movant informed Debtor's counsel that it would wait to submit the Order for lodgment until today.

5. Movant hereby submits the Order concurrently lodged herewith for entry by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of August 2025, at Encino, California.

/s/ *Jessica M. Simon*
_____
JESSICA M. SIMON

2
DECLARATION OF J. SIMON REGARDING ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION TO CONVERT

# EXHIBIT A

JESSICA M. SIMON – SBN 277581
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Blvd., 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jsimon@hrhlaw.com

Attorneys for Creditor,
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>DECORATIVE PLUMBING DISTRIBUTORS, LLC,<br><br>        Debtor, | Chapter 11<br><br>CASE NO. 25-40140-CN<br><br>**ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7** |

HEMAR, ROUSSO & HEALD, LLP
15910 VENTURA BOULEVARD, 12TH FLOOR
ENCINO, CA 91436
(818) 501-3800

On August 15, 2025, the Motion of Movant Bank of America, N.A. ("Movant") to Convert Chapter 11 Case to Chapter 7 (the "Motion") came on for hearing in the courtroom of the Honorable Charles Novack. All appearances were made on the record. The Court, having considered the Motion and attendant documents (Dkts. 105-108), opposition of debtor Decorative Plumbing Distributors, LLC (the "Debtor"), joinder of Leaf Capital Funding, LLC to the Motion (Dkt. 119), joinder of Toto, USA, Inc. to Debtor's opposition (Dkt. 121), and Movant's reply (Dkt. 120), all records and files in this case, oral arguments and evidence presented at the hearing on the Motion, and good cause having been shown, the Court hereby,

**ORDERS, ADJUDGES, AND DECREES** that:

1. The Motion is GRANTED in its entirety;

2. The Debtor's Chapter 11 case is converted to Chapter 7 of the Bankruptcy Code immediately upon entry of this Order;

3. The United States Trustee is requested immediately to appoint a Chapter 7 trustee;

4. The Debtor shall promptly turn over to the Chapter 7 trustee any and all records and estate property under its possession, control or custody, including but not limited to any estate cash or other property held in escrow or trust;

5. This Order is effective immediately upon entry, with waiver of any applicable stay; and

6. This Court retains exclusive jurisdiction to hear and determine all matters relating to and arising out of implementation and enforcement of this Order.

***END OF ORDER***

[*Approval as to form on next page*]

Approved as to form:

**KORNFIELD, NYBERG, BENDES, KUHNER & LITTLE P.C.**

_____
Chris Kuhner, Esq.
Counsel to Debtor

**HEFNER, STARK & MAROIS, LLP**

_____
Thomas P. Griffin, Jr.
Counsel to Leaf Capital Funding, LLC

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

_____
Jonathan R. Doolittle
Counsel to Creditor Toto, USA, Inc.

2
ORDER GRANTING MOTION TO CONVERT

COURT SERVICE LIST

No service list required